**FOX ROTHSCHILD LLP**
(formed In The Commonwealth Of Pennsylvania)
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
(609) 348-1515 (phone)/(609) 348-6834 (fax)
Michael J. Viscount, Jr., Esquire (MV 4219)
Joshua T. Klein, Esquire (JK 8978)
Brian R. Isen, Esquire (BI 9738)
mviscount@foxrothschild.com
jklein@foxrothschild.com
bisen@foxrothschild.com
*Proposed Attorneys for the Debtor
and Debtor-in-Possession*

FILED
JAMES J. WALDRON
CLERK

DEC 20 2010

U.S. BANKRUPTCY COURT
CAMDEN, NJ
_____ DEPUTY

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ATLANTIC BROADCASTING OF LINWOOD NJ LIMITED LIABILITY COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-49149<br><br>Hon. _____ |

### ORDER GRANTING
### APPLICATION FOR ORDER SHORTENING TIME PERIOD
### FOR NOTICE UNDER FED.R.BANKR.P. 9006(c)(1)
### AND LIMITING NOTICE ON CERTAIN FIRST
### DAY MOTIONS UNDER FED.R.BANKR.P. 2002

The relief set forth on pages two (2) through four (4) is hereby ORDERED.

12/20/10

[signature]

LV1 1294251v1 12/20/10

Page 2 of 3
Debtor: Atlantic Broadcasting of Linwood NJ Limited Liability Corporation
Case No. 10-
Caption of Order: Order Granting Application for Order Shortening Time Period for Notice Under Fed.R.Bankr.P. 9006(c)(1) and Limiting Notice on Certain First Day Motions Under Fed.R.Bankr.P. 2002

These bankruptcy cases were filed on December 20, 2010. An Application for Expedited Consideration of First Day Matters was filed. After review of the initial pleadings filed in this case which have been designated by counsel as requiring expedited consideration, and for good cause shown;

IT IS HEREBY ORDERED that the following motions are set down for hearing before The Honorable _JH Wizmur_ in Courtroom # _4B_ located at _US Courthouse, Camden, NJ_ at the date and time as set forth below:

1. APPLICATION FOR ORDER AUTHORIZING THE DEBTOR AN EXTENSION OF TIME WITHIN WHICH TO FILE STATEMENTS AND SCHEDULES    _Dec 21, 2011_ at _10 a_.m.

2. MOTION OF DEBTOR FOR AN INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507 (I) APPROVING POST-PETITION FINANCING, (II) AUTHORIZING THE USE OF CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING THE AUTOMATIC STAY AND (VI) SCHEDULING A FINAL HEARING    _Dec 21, 2011_ at _10 a_.m.

3. MOTION FOR ORDER (A) AUTHORIZING THE DEBTORS TO MAINTAIN EXIST-ING BANK ACCOUNTS CASH MANAGEMENT SYSTEM; (B) CONTINUED USE OF EXISTING BUSINESS FORMS, AND (C) WAIVING DEPOSIT GUIDELINES UNDER 11 U.S.C. § 345    _Dec 21, 2011_ at _10 a_.m.

4. MOTION FOR AN ORDER AUTHORIZING (I) PAYMENT OF PREPETITION DATE WAGES, SALARIES, COMMISSIONS, VACATION PAY, EMPLOYEE BENEFITS AND (II) REIMBURSEMENT OF EMPLOYEE BUSINESS EXPENSES UP TO THE LIMITS SET FORTH IN BANKRUPTCY CODE §§ 105, 363(b), 507(a)(4) and 507(a)(5).    _Dec 21, 2011_ at _10 a_.m.

LV1 1294251v1 12/20/10

Page 3 of 3
Debtor: Atlantic Broadcasting of Linwood NJ Limited Liability Corporation
Case No. 10-
Caption of Order: Order Granting Application for Order Shortening Time Period for Notice Under Fed.R.Bankr.P. 9006(c)(1) and Limiting Notice on Certain First Day Motions Under Fed.R.Bankr.P. 2002

IT IS FURTHER ORDERED, that Service of the within Order shall be made in accordance with the Court's General Order Adopting Guidelines Governing First Day Matters; and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, shall be made in accordance with the Court's General Order Adopting Guidelines Governing First Day Matters.

LV1 1294251v1 12/20/10