UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _New Jersey_

In re __Atlantic Broadcasting of Linwood NJ LLC                    10-49149
                                                        Reporting Period: 12/20/10-12/31/10

## MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|   Copies of bank statements | | X | |
|   Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
|   Copies of IRS Form 6123 or payment receipt | | X | |
|   Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
|   Listing of aged accounts payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____                    2-18-11
Signature of Debtor                                Date


_____
Signature of Joint Debtor                          Date


_____
Signature of Authorized Individual*                Date


_____
Printed Name of Authorized Individual              Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

In re_Atlantic Broadcasting of Linwood NJ LLC     Case No. _____ 10-49149
Debtor     Reporting Period: _____ 12/20/10-12/31/10

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | | | | | | | | |
| | | | | | | | | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| | | | | | | | | |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
|    LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
|    PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

FORM MOR-1
(9/99)

( See attached )

10:28 AM

01/04/11

Accrual Basis

**Atlantic Broadcasting of Linwood NJ LLC**

Debtor in Possession

**Profit & Loss Budget vs. Actual**

**December 2010**

*Cash Receipts and Disbursements*

|  | Dec 20-31 |
|---|---|
| Collections | 141,562.09 |
| Expense |  |
| **Total Chapter 11 Expenses** |  |
| 12/15 Unpaid Wages | 61,551.30 |
| Holiday Bonus | 8,300.00 |
| Payment to Bank | 2,500.00 |
| DIP Interest |  |
| Utilities Deposit | 0.00 |
| **Total Total Chapter 11 Expenses** | 72,351.30 |
|  |  |
| **Total G&A Expenses** |  |
| Accounting Service | 0.00 |
| Building Maintenance | 0.00 |
| Building Supplies | 94.37 |
| Elevator Service | 0.00 |
| Health Insurance | 3,989.78 |
| Insurance | 6,806.87 |
| Landscaping | 1,290.96 |
| Legal (FCC Counsel) | 0.00 |
| Main Phone Service | 0.00 |
| Marketron | 0.00 |
| Miscellaneous | 126.39 |
| Office Supplies | 0.00 |
| Payroll Processing | 195.90 |
| Payroll Taxes | 0.00 |
| Property Tax | 0.00 |
| Salaries | 12,408.33 |
| Trash Removal | 0.00 |
| Travel - G&A | 7,265.35 |
| Utilities | 4,483.81 |
| Verizon Lines | 962.32 |
| Wireless Telecommunications | 0.00 |
| **Total Total G&A Expenses** | 37,624.08 |
|  |  |
| **Total Programming Expenses** |  |
| ASCAP | 4,778.00 |
| BMI | 0.00 |
| Programmer | 0.00 |
| RCS Selector | 0.00 |
| Rush Limbaugh | 0.00 |
| Salaries - Programming | 10,048.00 |
| SESAC | 1,232.50 |
| Surfer Network | 0.00 |

**Atlantic Broadcasting Debtor in Possession**
**Profit & Loss Budget vs. Actual**
December 2010

|  | Dec 20-31 |
|---|---|
| Total Total Programming Expenses | 16,058.50 |
|  |  |
| **Total Sales Expenses** |  |
| Expense Reimbursement - Sales | 0.00 |
| National Rep Fee | 0.00 |
| Sales Commissions | 3,550.00 |
| Sales Guarantees | 2,004.17 |
| Sales Manager | 2,500.00 |
| Sales Manager Expense | 0.00 |
| Travel - Sales | 0.00 |
| Total Total Sales Expenses | 8,054.17 |
|  |  |
| **Total Technical Expenses** |  |
| AG Technologies | 0.00 |
| Broadcast Technology | 1,600.00 |
| Misc Parts | 0.00 |
| Phone Lines | 223.45 |
| Radio Comp Services | 0.00 |
| Tech 21 | 2,250.00 |
| Tower Electric | 0.00 |
| Tower Rent | 3,371.88 |
| Total Total Technical Expenses | 7,445.33 |
|  |  |
| Total Expense | 141,533.38 |
|  |  |
| Cash Flow from operations | 28.71 |
|  |  |
| Funding from Bank | 135,843.00 |
|  |  |
| Cash at end of period | 135,871.71 |

In re_Atlantic Broadcasting of Linwood NJ LLC        Case No. _____10-49149
           Debtor                        Reporting Period 12/20/10-12/31/10

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | *(See attached)* | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | NONE | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                       FORM MOR-4
                                                                 (9/99)

...C BROADCASTING OF
LINWOOD NEW JERSEY LLC.
94-8654

Period Begin: 12/11/2010
Period End: 12/25/2010
Check Date: 12/30/2010

CUR-REG

## Payroll Register Summary

| | LIABILITIES | | DISBURSEMENTS | |
|---|---|---|---|---|
| | EMPLOYEES | EMPLOYER | | |
| FWT | 1259.91 | | Debit to Advantage Payroll Services: | |
| SS | 1252.41 | 1252.41 | Direct Deposit | 6948.77 |
| MEDC | 292.91 | 292.92 | Tax Debit | 5143.49 |
| FUTA | | 23.00 | Fees | 128.94 |
| | | | Total Debit | 12221.20 |
| SWT | 318.26 | | | |
| SUI | 34.66 | 259.43 | EE Net Checks | 9822.52 |
| SDI | 40.80 | 40.83 | | |
| OWT | 9.81 | | | |
| Total Taxes | 3208.76 | 1878.59 | Subtract from bank account | 22043.82 |
| | | | 031206420 4751138191 | |
| Deductions | 230.35 | | SUN NATIONAL BANK | |
| Total Net Pays | 16771.39 | | | |
| Gross | 20210.50 | 22089.09 | Total Pays | 20 |
| Total Liabilities | | 22089.09 | | |

Prepared on:12/28/2010 at 15:07

ATLANTIC BROADCASTING OF
LINWOOD NEW JERSEY LLC.

94-8654

**Payroll Register Summary**

Period Begin: 11/26/2010

Period End: 12/10/2010

Check Date: 12/22/2010

| | LIABILITIES | | |
|---|---|---|---|
| | EMPLOYEES | EMPLOYER | |
| FWT | 2806.45 | | |
| SS | 2519.79 | 2519.79 | |
| MEDC | 589.36 | 589.32 | |
| FUTA | | 29.85 | |
| | | | |
| SWT | 777.29 | 405.48 | |
| SUI | 52.27 | 61.44 | |
| SDI | 61.46 | | |
| | | | |
| OWT | 14.71 | | |
| | | | |
| Total Taxes | 6821.33 | 3605.88 = 10427.21 | |
| | | | |
| Deductions | 54.47 | | |
| Total Net Pays | 34580.75 | | |
| Gross | 40631.55 | 45062.43 | |
| Total Liabilities | | | |

**DISBURSEMENTS**

Debit to Advantage Payroll Services:

| | | |
|---|---|---|
| Tax Debit | | 10427.21 |
| Fees | | 166.21 |
| | Total Debit | 10593.42 |
| | | |
| EE Net Checks | | 34580.75 |
| | | |
| Subtract from bank account | | 45174.17 |
| C31206420 4751138191 | | |
| SUN NATIONAL BANK | | |
| | Total Pays | 52 |

CUR-REG

Printed on 12/12/2010 at 13:68

In re   Atlantic Broadcasting of Linwood NJ LLC                    Case No.     10-49149
                    Debtor                                         Reporting Period:   12/20/10-12/31/10

BALANCE SHEET
*See attached*

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| *TOTAL LIABILITIES* | $ | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

FORM MOR-3
(9/99)

*"Insider" is defined in 11 U.S.C. Section 101(31).

Balance Sheet
As of 12/31/2010

ATLANTIC BROADCASTING OF LINWOOD (ABL)

## Assets

### Current Assets

| | | | |
|---|---|---|---|
| 10000-0000 | OPERATING CASH | $ | 135,871.71 |
| 10020-0000 | TD Bank | $ | 2,416.85 |
| 10060-0000 | PETTY CASH | $ | 725.00 |
| 12000-0000 | ACCOUNTS RECEIVABLE | $ | 607,679.75 |
| 12016-0000 | Membership Unit Receivable | $ | 3,000.00 |
| 12020-0000 | ALLOWANCE FOR DOUBTFUL ACCTS | $ | -191,165.30 |
| 12065-0000 | TOWER RENTAL DEPOSIT: | $ | 4,800.00 |
| 12070-0000 | DEPOSITS-UTILITIES | $ | 17,610.00 |
| | **Total Current Assets:** | $ | 580,938.01 |

### Other Assets

| | | | |
|---|---|---|---|
| 17025-0000 | PPD LEGAL EXPENSES | $ | 63,333.33 |
| 17205-0000 | PPD INS - BROADCAST LIABILITY | $ | 53,043.37 |
| 17270-0000 | PPD REAL ESTATE TAXES | $ | 11,017.76 |
| | **Total Other Assets:** | $ | 127,394.46 |

### Fixed Assets

| | | | |
|---|---|---|---|
| 18003-0000 | Building | $ | 1,540,971.75 |
| 18004-0000 | F/A-OFFICE FURNITURE | $ | 5,555.91 |
| 18006-0000 | F/A-COMPUTER SOFTWARE | $ | 29,626.64 |
| 18009-0000 | LAND SOUTH JERSEY | $ | 568,000.00 |
| 18021-0000 | F/A-STUDIO TECHNICAL EQUIP | $ | 186,572.30 |
| 18025-0000 | Antennas | $ | 315,126.00 |
| 18026-0000 | F/A-TOWER | $ | 897,772.48 |
| 18028-0000 | F/A-TRANS EQUIPMENT | $ | 310,748.92 |
| 18029-0000 | F/A-TECHNICAL EQUIP | $ | 7,430.77 |
| 18030-0000 | F/A-MISC EQUIPMENT | $ | 2,000.00 |
| 18031-0000 | F/A-OFFICE F&F | $ | 103,232.00 |
| 18033-0000 | F/A-AUTOMOBILES | $ | 185,557.74 |
| 18060-0000 | F/A-COMPUTER EQUIPMENT | $ | 53,657.03 |
| 18065-0000 | F/A-TOWER IMPROVEMENT | $ | 3,050.00 |
| 18135-0000 | F/A BUILDING IMPROVEMENTS | $ | 55,759.68 |
| 18150-0000 | F/A - Promotions Equipment | $ | 57,660.60 |
| 18186-0000 | Goodwill | $ | 3,085,061.00 |
| 18187-0000 | Construction In Progress:ABL | $ | 14,430.00 |
| 18188-0000 | Accum Depreciation | $ | -59,468.00 |
| 18200-0000 | Tower&Bldg Space Inc | $ | 97,053.00 |
| 18205-0000 | Gr Space Inc Agree | $ | 765,577.00 |
| 18210-0000 | Sports Brdc Rights Agree | $ | 348,221.00 |
| 18214-0000 | ACCUM DEPR BLDG | $ | -229,516.00 |
| 18240-0000 | Accum Amortization | $ | -171,506.00 |
| 18760-0000 | WTKU FCC License | $ | 614,000.00 |
| 18761-0000 | WJSE FCC License | $ | 219,000.00 |
| 18762-0000 | WMGM FCC License | $ | 957,000.00 |
| 18763-0000 | WOND FCC License | $ | 25,000.00 |
| 18764-0000 | WTAA FCC License | $ | 25,000.00 |
| | **Total Fixed Assets:** | $ | 10,012,573.82 |
| | **Total Assets:** | $ | 10,720,906.29 |

## Liabilities

### Current Liabilities

| | | | |
|---|---|---|---|
| 20000-0000 | ACCOUNTS PAYABLE *-Pre Petition* | $ | 1,229,086.93 |
| 20100-0000 | A/P - OTHER | $ | 350.00 |
| 21012-0000 | ACCRUED INTEREST | $ | 142,800.00 |
| 21050-0000 | SECURITY DEPOSIT:ABL | $ | 5,000.00 |
| 21062-0000 | ACC'D COMMISSION | $ | 74,950.98 |
| 21063-0000 | ACCR'D NAT REP COMM | $ | 18,143.31 |
| 21068-0000 | Accrued state filing fee | $ | 1,200.00 |
| 21165-0000 | ACC'D COMMERCIAL LIABILITY INS | $ | 39,547.11 |
| 21298-0000 | PENSION PLAN CONTRIBUTIONS | $ | 942.78 |

Run Date:  2/15/2011   9:35:45AM

G/L Date:  2/15/2011

Balance Sheet
As of 12/31/2010

ATLANTIC BROADCASTING OF LINWOOD (ABL)

| | | | | | |
|---|---|---|---|---|---|
| Current Liabilities | | (Continued) | | | |
| 21500-0000 | PAYROLL W/H PAYABLE:ABL | | $ | 75.43 | |
| 21550-0000 | DUE TO ACCESS:ABL | | $ | 20,696.35 | |
| | Total Current Liabilities: | | | | $ 1,532,792.89 |
| Long-Term Liabilities | | | | | |
| 24000-0000 | L.T. LIABILITIES | | $ | 6,000,211.79 | |
| 24001-0000 | DIP Financing:ABL | | $ | 135,843.00 | |
| 25000-0000 | CURRENT PORTION OF LTD | | $ | 177,029.00 | |
| | Total Long-Term Liabilities: | | | | $ 6,313,083.79 |
| | Total Liabilities: | | | | $ 7,845,876.68 |
| Equity | | | | | |
| 30010-0000 | EQUITY INVESTMENT-PARENT | | $ | 5,951,259.90 | |
| 32000-0000 | Retained Earnings | | $ | -2,352,565.29 | |
| 32000-0000 | Retained Earnings-Current Year | | $ | -723,665.45 | |
| | Total Equity: | | | | $ 2,875,029.16 |
| | Total Liabilities & Equity: | | | | $ 10,720,905.84 |

In re___Atlantic Broadcasting of Linwood NJ LLC
                 Debtor

Case No._____10-49149
Reporting Period.:_____ 12/20/10-12/31/10

### STATEMENT OF OPERATIONS
(Income Statement)

*See attached*

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(9/99)

10:20 AM
01/04/11
Accrual Basis

# Atlantic Broadcasting Debtor in Possession
## Profit & Loss Budget vs. Actual
### December 2010  12/20/10 - 12/31/10

Atlantic Broadcasting of Linwood NJ LLC

Debtor in Possession

|  | Dec 20-31 |
|---|---|
| Gross Revenue | 57,859.10 |
| Less agency discount | (4,387.46) |
| Net Income | 53,471.64 |
|  |  |
| **Expense** |  |
| **Total Chapter 11 Expenses** |  |
| 12/15 Unpaid Wages | 61,551.30 |
| Holiday Bonus | 8,300.00 |
| Payment to Bank | 2,500.00 |
| DIP Interest |  |
| Utilities Deposit | - |
| **Total Total Chapter 11 Expenses** | 72,351.30 |
|  |  |
| **Total G&A Expenses** |  |
| Accounting Service | - |
| Building Maintenance | - |
| Building Supplies | 94.37 |
| Elevator Service | - |
| Health Insurance | 3,989.78 |
| Insurance | 6,806.87 |
| Landscaping | 1,290.96 |
| Legal (FCC Counsel) | - |
| Main Phone Service | - |
| Marketron | - |
| Miscellaneous | 126.39 |
| Office Supplies | - |
| Payroll Processing | 195.90 |
| Payroll Taxes | - |
| Property Tax | - |
| Salaries | 12,408.33 |
| Trash Removal | - |
| Travel - G&A | 7,265.35 |
| Utilities | 4,483.81 |
| Verizon Lines | 962.32 |
| Wireless Telecommunications | - |
| **Total Total G&A Expenses** | 37,624.08 |
|  |  |
| **Total Programming Expenses** |  |
| ASCAP | 4,778.00 |
| BMI | - |
| Programmer | - |

10:20 AM
01/04/11
Accrual Basis

# Atlantic Broadcasting Debtor in Possession
# Profit & Loss Budget vs. Actual
### December 2010    12/20/10 - 12/31/10

|  | Dec 20-31 |
|---|---|
| RCS Selector | - |
| Rush Limbaugh | - |
| Salaries - Programming | 10,048.00 |
| SESAC | 1,232.50 |
| Surfer Network | - |
| **Total Total Programming Expenses** | 16,058.50 |
|  |  |
| **Total Sales Expenses** |  |
| Expense Reimbursement - Sales | - |
| National Rep Fee | - |
| Sales Commissions | 3,550.00 |
| Sales Guarantees | 2,004.17 |
| Sales Manager | 2,500.00 |
| Sales Manager Expense | - |
| Travel - Sales | - |
| **Total Total Sales Expenses** | 8,054.17 |
|  |  |
| **Total Technical Expenses** |  |
| AG Technologies | - |
| Broadcast Technology | 1,600.00 |
| Misc Parts | - |
| Phone Lines | 223.45 |
| Radio Comp Services | - |
| Tech 21 | 2,250.00 |
| Tower Electric | - |
| Tower Rent | 3,371.88 |
| **Total Total Technical Expenses** | 7,445.33 |
|  |  |
| **Total Expense** | 141,533.38 |
|  |  |
| **Net operating income** | (88,061.74) |

In re__Atlantic Broadcasting of Linwood NJ LLC

Debtor

Case No. ___ 10-49149

Reporting Pe 12/20/10-12/31/10

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1 *(See attached)*

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER

FORM MOR-1 (CONT)

(9/99)

Atlantic Broadcasting Bank Rec
December 2010

| | |
|---|---|
| Balance per books | 135,871.71 |
| | |
| Bank Balance | 158,514.31 |
| (+) Deposits in Transit (see below) | 19,257.12 |
| (-) less outstanding checks (see below) | (40,602.96) |
| Other adjustment (prepetion outstanding cks) | (1,296.76) |
| | |
| Adjusted bank balance | 135,871.71 |

**OS Checks**

| | |
|---|---|
| 182 | 1,431.40 |
| 183 | 150.66 |
| 187 | 101.67 |
| 188 | 459.52 |
| 190 | 407.36 |
| 191 | 1,257.02 |
| 192 | 718.96 |
| 193 | 1,127.34 |
| 121 | 2,750.00 |
| 3281 | 158.22 |
| 3282 | 90.42 |
| 3291 | 100.00 |
| 3295 | 91.06 |
| 3300 | 1,539.13 |
| 3316 | 40.17 |
| 3317 | 91.05 |
| 3318 | 91.05 |
| 3346 | 1,290.96 |
| 3347 | 4,778.00 |
| 3348 | 1,232.50 |
| 3349 | 1,109.73 |
| 3350 | 1,300.00 |
| 3351 | 2,250.00 |
| 3352 | 1,600.00 |
| 3353 | 3,371.88 |
| 3354 | 89.00 |
| 3355 | 223.45 |
| 3356 | 92.97 |
| 3357 | 113.28 |
| 3358 | 146.00 |
| 3359 | 176.10 |
| 3360 | 433.97 |
| 3361 | 91.29 |
| 3363 | 4,000.00 |
| 3364 | 2,785.74 |
| 3365 | 450.16 |
| 3366 | 102.60 |
| 3367 | 1,643.84 |
| 3368 | 1,927.13 |
| 3369 | 94.37 |
| 3371 | 422.94 |
| 3372 | 272.02 |
| Total OS Checks | 40,602.96 |

**Deposits in Transit**

| | |
|---|---|
| DIT 400+950+238=1588 deposit was 1598 | (10.00) |
| 9/2 | 350.00 |
| 12/3 | 2,740.00 |
| 12/29 | 600.00 |
| 12/31 | 2,010.00 |
| 12/31 | 200.00 |
| 12/31 | 13,367.12 |
| | |
| Total DITS | 19,257.12 |

# Atlantic Broadcasting Debtor in Possession
## Transactions by Account
### As of December 31, 2010

| | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| **Sun Trust** | | | | | |
| | Check | 12/30/2010 | 121 | Paul Homer | -2,750.00 |
| | Check | 12/22/2010 | 181 | Robin Davidson | -2,906.25 |
| | Check | 12/30/2010 | 182 | Ben Burris | -1,431.40 |
| | Check | 12/30/2010 | 183 | Ben Burris | -150.66 |
| | Check | 12/30/2010 | 184 | James Dowd | -1,080.98 |
| | Check | 12/30/2010 | 185 | Francis Foy | -1,129.24 |
| | Check | 12/30/2010 | 186 | James Southard | -828.23 |
| | Check | 12/30/2010 | 187 | Angelo Lewis | -101.67 |
| | Check | 12/30/2010 | 188 | John Pavlich | -459.52 |
| | Check | 12/30/2010 | 189 | Scott Wiest | -865.62 |
| | Check | 12/30/2010 | 190 | Brandon Burchell | -407.36 |
| | Check | 12/30/2010 | 191 | Scott Reilly | -1,257.02 |
| | Check | 12/30/2010 | 192 | Scott Reilly | -718.96 |
| | Check | 12/30/2010 | 193 | Stuart Abrams | -1,127.34 |
| | Check | 12/30/2010 | 194 | Robert Furman | -264.62 |
| | Check | 12/20/2010 | 1001 | Barbara Altman | -1,487.50 |
| | Check | 12/20/2010 | 1002 | Felix Banuchi | -1,539.13 |
| | Check | 12/20/2010 | 1003 | Bob Burns | -62.50 |
| | Check | 12/20/2010 | 1004 | Victor Canales | -500.00 |
| | Check | 12/20/2010 | 1005 | John Caracciolo | -4,997.51 |
| | Check | 12/20/2010 | 1006 | Janet Goldsmith | -800.00 |
| | Check | 12/20/2010 | 1008 | Janet LePorin | -2,500.00 |
| | Check | 12/20/2010 | 1010 | Sy Camero | -1,400.00 |
| | Check | 12/20/2010 | 1010 | Paul Homer | -6,463.15 |
| | Check | 12/20/2010 | 1011 | Ed Hitzel | -1,307.52 |
| | Check | 12/20/2010 | 1011 | Ronald Reeve | -1,500.00 |
| | Check | 12/20/2010 | 1012 | Seymour Kravitz | -2,055.50 |
| | Check | 12/20/2010 | 1012 | Ronald Reeve | -125.00 |
| | Check | 12/20/2010 | 1500 | Sy Camero | -100.00 |
| | Check | 12/20/2010 | 1501 | Barry Gold | -100.00 |
| | Check | 12/22/2010 | 2001 | Ben Burris | -1,431.37 |
| | Check | 12/22/2010 | 2002 | Ben Burris | -448.27 |
| | Check | 12/22/2010 | 2004 | Robin Davidson | -1,710.25 |
| | Check | 12/22/2010 | 2005 | James Dowd | -1,080.94 |
| | Check | 12/22/2010 | 2006 | Francis Foy | -1,129.24 |
| | Check | 12/22/2010 | 2007 | Francis Foy | -3,551.62 |
| | Check | 12/22/2010 | 2008 | Richard Irland | -409.44 |
| | Check | 12/22/2010 | 2009 | William Knapp | -584.97 |
| | Check | 12/22/2010 | 2011 | Catherine Marinucci | -1,016.29 |
| | Check | 12/22/2010 | 2012 | Catherine Marinucci | -2,240.94 |
| | Check | 12/22/2010 | 2013 | James Rabic | -1,079.91 |
| | Check | 12/22/2010 | 2014 | James Southard | -828.24 |
| | Check | 12/22/2010 | 2015 | James Southard | -724.92 |
| | Check | 12/22/2010 | 2016 | Mark Thompson | -970.12 |
| | Check | 12/22/2010 | 2017 | Angelo Lewis | -158.22 |

8:21 AM
01/22/11
Accrual Basis

Case 10-49149-JHW    Doc 79    Filed 02/17/11    Entered 02/17/11 15:53:03    Desc Main
Document    Page 17 of 27

Atlantic Broadcasting Debtor in Possession
Transactions by Account
As of December 31, 2010

| Type  | Date       | Num  | Name                         | Amount     |
|-------|------------|------|------------------------------|------------|
| Check | 12/22/2010 | 2018 | John Pavlich                 | -474.50    |
| Check | 12/22/2010 | 2019 | Nicholas Wargo               | -618.93    |
| Check | 12/22/2010 | 2020 | Scott Wiest                  | -917.99    |
| Check | 12/22/2010 | 2021 | Donald Williams              | -1,134.65  |
| Check | 12/22/2010 | 2023 | Michael Fazio                | -40.17     |
| Check | 12/22/2010 | 2024 | Scott Reilly                 | -1,257.01  |
| Check | 12/22/2010 | 2025 | Scott Reilly                 | -900.80    |
| Check | 12/22/2010 | 2026 | Angel Velez-Cruz             | -207.16    |
| Check | 12/22/2010 | 2027 | Stuart Abrams                | -1,127.34  |
| Check | 12/22/2010 | 2028 | Robert Furman                | -264.63    |
| Check | 12/22/2010 | 2029 | Susan Palermo                | -821.39    |
| Check | 12/22/2010 | 3000 | David Baker                  | -91.06     |
| Check | 12/22/2010 | 3001 | Ben Burris                   | -1,116.93  |
| Check | 12/22/2010 | 3002 | Robin Davidson               | -1,409.42  |
| Check | 12/22/2010 | 3004 | James Dowd                   | -90.42     |
| Check | 12/22/2010 | 3005 | Francis Foy                  | -1,129.24  |
| Check | 12/22/2010 | 3006 | William Knapp                | -91.05     |
| Check | 12/22/2010 | 3007 | Matthew Rosenthal            | -91.05     |
| Check | 12/22/2010 | 3007 | Catherine Marinucci          | -364.02    |
| Check | 12/22/2010 | 3008 | James Rabic                  | -91.05     |
| Check | 12/22/2010 | 3009 | James Southard               | -91.47     |
| Check | 12/22/2010 | 3010 | Mark Thompson                | -225.13    |
| Check | 12/22/2010 | 3011 | Angelo Lewis                 | -90.42     |
| Check | 12/22/2010 | 3013 | John Pavlich                 | -89.81     |
| Check | 12/22/2010 | 3015 | Nicholas Wargo               | -90.43     |
| Check | 12/22/2010 | 3016 | Scott Wiest                  | -89.80     |
| Check | 12/22/2010 | 3017 | Donald Williams              | -157.32    |
| Check | 12/22/2010 | 3018 | Brandon Burchell             | -439.66    |
| Check | 12/22/2010 | 3018 | Brandon Burchell             | -90.42     |
| Check | 12/22/2010 | 3019 | Scott Reilly                 | -896.79    |
| Check | 12/22/2010 | 3020 | Stuart Abrams                | -426.18    |
| Check | 12/22/2010 | 3021 | Susan Palermo                | -227.74    |
| Check | 12/22/2010 | 3022 | Michael Fazio                | -91.05     |
| Check | 12/22/2010 | 3022 | Monica Smith                 | -180.23    |
| Check | 12/20/2010 | 3279 | Seymour Kravitz              | -4,000.00  |
| Check | 12/31/2010 | 3346 | O'Donnell's Landscape Mainten| -1,290.96  |
| Check | 12/31/2010 | 3347 | ASCAP                        | -4,778.00  |
| Check | 12/31/2010 | 3348 | SESAC                        | -1,232.50  |
| Check | 12/31/2010 | 3349 | American Express             | -1,109.73  |
| Check | 12/31/2010 | 3350 | Victor Canales               | -1,300.00  |
| Check | 12/31/2010 | 3351 | Tech 21                      | -2,250.00  |
| Check | 12/31/2010 | 3352 | Digital Radio                | -1,600.00  |
| Check | 12/31/2010 | 3353 | SMR Leasing                  | -3,371.88  |
| Check | 12/31/2010 | 3354 | Sure Storage                 | -89.00     |
| Check | 12/31/2010 | 3355 | Comcast                      | -223.45    |
| Check | 12/31/2010 | 3356 | Verizon                      | -92.97     |

Case 10-49149-JHW    Doc 79    Filed 02/17/11    Entered 02/17/11 15:53:03    Desc Main
Document    Page 18 of 27

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Check | 12/31/2010 | 3357 | Verizon | -113.28 |
| Check | 12/31/2010 | 3358 | Verizon | -146.00 |
| Check | 12/31/2010 | 3359 | Verizon | -176.10 |
| Check | 12/31/2010 | 3360 | Verizon | -433.97 |
| Check | 12/31/2010 | 3361 | New Jersey American Water | -91.29 |
| Check | 12/31/2010 | 3363 | Horizon Health | -4,000.00 |
| Check | 12/31/2010 | 3364 | Merchants Insurance | -2,785.74 |
| Check | 12/31/2010 | 3365 | The Hartford | -450.16 |
| Check | 12/31/2010 | 3366 | AFLAC | -102.60 |
| Check | 12/31/2010 | 3367 | The Hartford | -1,643.84 |
| Check | 12/31/2010 | 3368 | Direct Bill Services | -1,927.13 |
| Check | 12/31/2010 | 3369 | Ojerkis Janitor Supply | -94.37 |
| Check | 12/31/2010 | 3371 | John Caracciolo | -422.94 |
| Check | 12/31/2010 | 3372 | Paul Horner | -272.02 |
| | | | | -107,204.61 |

Account Statement

| Account Title: **Atlantic Operating** Posted: **12/01/2010 to 12/31/2010** |
|---|
| Number: **XX-8191** Currency: **USD** |

| | | | | |
|---|---|---|---|---|
| Opening Ledger Balance: | **48,919.20** | Credits: | **31** | **312,034.97** |
| Closing Ledger Balance: | **158,514.31** | Debits: | **131** | **202,439.86** |

## *CHECKS PAID*

| Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|
| 101 | 12/20/2010 | 56.25 | 108 | 12/6/2010 | 1,000.00 |
| 109 | 12/7/2010 | 4,000.00 | 110 | 12/2/2010 | 40.00 |
| 111 | 12/15/2010 | 2,800.00 | 143 | 12/8/2010 | 59.35 |
| 144 | 12/1/2010 | 1,431.37 | 145 | 12/2/2010 | 744.64 |
| 146 | 12/7/2010 | 308.29 | 148 | 12/1/2010 | 1,114.52 |
| 150 | 12/6/2010 | 140.49 | 151 | 12/6/2010 | 53.18 |
| 152 | 12/2/2010 | 233.63 | 153 | 12/2/2010 | 577.95 |
| 154 | 12/3/2010 | 865.61 | 155 | 12/1/2010 | 364.24 |
| 156 | 12/2/2010 | 36.52 | 157 | 12/1/2010 | 1,257.03 |
| 158 | 12/1/2010 | 884.78 | 159 | 12/1/2010 | 180.23 |
| 160 | 12/3/2010 | 1,127.34 | 184 | 12/30/2010 | 1,080.98 |
| 185 | 12/31/2010 | 1,129.24 | 186 | 12/30/2010 | 828.23 |
| 189 | 12/31/2010 | 865.62 | 194 | 12/30/2010 | 264.62 |
| 3251 | 12/7/2010 | 1,545.30 | 3252 | 12/9/2010 | 1,927.13 |
| 3253 | 12/10/2010 | 102.60 | 3253 | 12/15/2010 | 102.60 |
| 3254 | 12/9/2010 | 276.95 | 3255 | 12/10/2010 | 525.00 |
| 3256 | 12/6/2010 | 175.14 | 3258 | 12/10/2010 | 5,000.00 |
| 3259 | 12/9/2010 | 1,558.85 | 3260 | 12/7/2010 | 175.00 |
| 3261 | 12/6/2010 | 1,000.00 | 3262 | 12/6/2010 | 178.01 |
| 3263 | 12/7/2010 | 2,850.67 | 3264 | 12/6/2010 | 197.58 |
| 3266 | 12/9/2010 | 5,368.25 | 3267 | 12/6/2010 | 1,287.12 |
| 3268 | 12/9/2010 | 1,125.00 | 3270 | 12/7/2010 | 100.00 |
| 3271 | 12/8/2010 | 2,014.26 | 3274 | 12/6/2010 | 1,943.34 |
| 3275 | 12/7/2010 | 1,000.00 | 3276 | 12/9/2010 | 25,000.00 |
| 3277 | 12/8/2010 | 2,720.00 | 3278 | 12/10/2010 | 11,000.00 |
| 3279 | 12/29/2010 | 4,000.00 | 3279 | 12/10/2010 | 4,000.00 |
| 3283 | 12/22/2010 | 207.16 | 3284 | 12/22/2010 | 1,487.50 |
| 3285 | 12/22/2010 | 439.66 | 3286 | 12/24/2010 | 90.42 |
| 3287 | 12/24/2010 | 62.50 | 3288 | 12/22/2010 | 1,431.37 |
| 3289 | 12/22/2010 | 448.27 | 3290 | 12/22/2010 | 1,116.93 |
| 3292 | 12/22/2010 | 1,016.29 | 3293 | 12/22/2010 | 2,240.94 |

| | | | | | |
|---|---|---|---|---|---|
| 3294 | 12/22/2010 | 364.02 | 3296 | 12/24/2010 | 409.44 |
| 3297 | 12/23/2010 | 379.98 | 3298 | 12/23/2010 | 1,134.65 |
| 3299 | 12/24/2010 | 1,307.52 | 3301 | 12/22/2010 | 1,129.24 |
| 3302 | 12/24/2010 | 3,551.62 | 3303 | 12/22/2010 | 1,129.24 |
| 3304 | 12/21/2010 | 1,080.94 | 3305 | 12/21/2010 | 90.42 |
| 3306 | 12/24/2010 | 800.00 | 3307 | 12/23/2010 | 828.24 |
| 3308 | 12/23/2010 | 724.92 | 3309 | 12/23/2010 | 91.47 |
| 3310 | 12/24/2010 | 2,500.00 | 3311 | 12/24/2010 | 4,997.51 |
| 3312 | 12/30/2010 | 474.50 | 3313 | 12/23/2010 | 89.81 |
| 3314 | 12/22/2010 | 1,079.91 | 3315 | 12/22/2010 | 91.05 |
| 3319 | 12/24/2010 | 180.23 | 3320 | 12/23/2010 | 970.12 |
| 3321 | 12/23/2010 | 225.13 | 3322 | 12/23/2010 | 618.93 |
| 3323 | 12/23/2010 | 90.43 | 3324 | 12/27/2010 | 6,463.00 |
| 3325 | 12/22/2010 | 2,906.25 | 3326 | 12/22/2010 | 1,710.25 |
| 3327 | 12/22/2010 | 1,409.42 | 3328 | 12/30/2010 | 264.63 |
| 3329 | 12/24/2010 | 1,625.00 | 3330 | 12/23/2010 | 1,127.34 |
| 3331 | 12/23/2010 | 426.18 | 3332 | 12/22/2010 | 2,055.05 |
| 3333 | 12/23/2010 | 821.39 | 3334 | 12/23/2010 | 227.74 |
| 3335 | 12/23/2010 | 1,257.01 | 3336 | 12/23/2010 | 900.80 |
| 3337 | 12/23/2010 | 896.79 | 3338 | 12/23/2010 | 917.99 |
| 3339 | 12/23/2010 | 89.80 | 3340 | 12/24/2010 | 1,400.00 |
| 3341 | 12/24/2010 | 100.00 | 3342 | 12/24/2010 | 500.00 |
| 3343 | 12/23/2010 | 584.97 | 3344 | 12/23/2010 | 91.05 |

## *DEPOSITS and CREDITS*

| Posted Date | Amount | Tran Code | Bank Reference | Customer Reference |
|---|---|---|---|---|
| 12/1/2010 | 18,869.45 | Deposit | N/A | N/A |
| | DEPOSIT | | | |
| 12/1/2010 | 1,700.00 | ACH Credit | N/A | N/A |
| | AC-MERCHANT SVCS -DEPOSIT | | | |
| 12/1/2010 | 100.00 | Deposit | N/A | N/A |
| | DEPOSIT | | | |
| 12/3/2010 | 7,325.50 | ACH Credit | N/A | N/A |
| | AC-MERCHANT SVCS -DEPOSIT | | | |
| 12/3/2010 | 2,965.00 | Deposit | N/A | 3110260008 |
| | DEPOSIT | | | |
| 12/3/2010 | 2,960.00 | Deposit | N/A | 3109530001 |
| | DEPOSIT | | | |
| 12/6/2010 | 817.40 | Deposit | N/A | 5162320005 |
| | DEPOSIT | | | |
| 12/6/2010 | 541.87 | Deposit | N/A | 5161640001 |
| | DEPOSIT | | | |
| 12/13/2010 | 4,000.00 | Returned Check | N/A | 3279 |
| | RETURNED CHECK | | | |
| 12/13/2010 | 822.54 | Returned Check | N/A | N/A |
| | RETURNED CHECK | | | |
| 12/13/2010 | 558.67 | Returned Check | N/A | N/A |
| | RETURNED CHECK | | | |

*Handwritten annotations: "225.00 Bounce?", "817.40", "172.01", "989.41", "cleared" (near 4,000.00 Returned Check)*

| Date | Amount | | Description | | |
|---|---|---|---|---|---|
| 12/13/2010 | 525.00 | Returned Check | | N/A | 3255 |
| | | *RETURNED CHECK* | | | |
| 12/13/2010 | 523.67 | Returned Check | | N/A | N/A |
| | | *RETURNED CHECK* | | | |
| 12/13/2010 | 489.15 | Returned Check | | N/A | N/A |
| | | *RETURNED CHECK* | | | |
| 12/13/2010 | 102.60 | Returned Check | *Cleared* | N/A | 3253 |
| | | *RETURNED CHECK* | | | |
| 12/13/2010 | 1,929.25 | ACH Credit | | N/A | N/A |
| | | *AC-MERCHANT SVCS -DEPOSIT* | *Debit to cash* | | |
| 12/14/2010 | 3,408.44 | Returned Check | | N/A | N/A |
| | | *RETURNED CHECK* | | | |
| 12/14/2010 | 984.08 | Returned Check | | N/A | N/A |
| | | *RETURNED CHECK* | | | |
| 12/14/2010 | 172.01 | Credit Memo | | N/A | N/A |
| | | *LISTING ERROR ON DEP 120610* | | | |
| 12/15/2010 | 1,000.00 | ACH Credit | | N/A | N/A |
| | | *AC-MERCHANT SVCS -DEPOSIT* | | | |
| 12/16/2010 | 9,334.60 | ACH Credit | | N/A | N/A |
| | | *AC-MERCHANT SVCS -DEPOSIT* | | | |
| 12/21/2010 | 135,843.00 | Credit Memo | | N/A | N/A |
| | | *BL#1096900 Advance vs Line* | | | |
| 12/21/2010 | 1,836.55 | Deposit | | N/A | 1118180005 |
| | | *DEPOSIT* | | | |
| 12/23/2010 | 2,596.00 | Deposit | | N/A | 3032120003 |
| | | *DEPOSIT* | | | |
| 12/28/2010 | 39,528.71 | Deposit | | N/A | 7216040020 |
| | | *DEPOSIT* | | | |
| 12/28/2010 | 7,257.50 | Deposit | *117002.74* | N/A | 7226460002 |
| | | *DEPOSIT* | | | |
| 12/29/2010 | 27,423.45 | Deposit | | N/A | 9089590016 |
| | | *DEPOSIT* | | | |
| 12/29/2010 | 13,364.70 | Deposit | | N/A | 9086660015 |
| | | *DEPOSIT* | | | |
| 12/29/2010 | 8,847.35 | Deposit | | N/A | 9088030005 |
| | | *DEPOSIT* | | | |
| 12/30/2010 | 13,267.60 | Deposit | | N/A | 9251210014 |
| | | *DEPOSIT* | | | |
| 12/31/2010 | 2,940.88 | ACH Credit | | N/A | N/A |
| | | *AC-MERCHANT SVCS -DEPOSIT* | | | |

## CHECKS and DEBITS

| Posted Date | Amount | Tran Code | Bank Reference | Customer Reference |
|---|---|---|---|---|
| 12/1/2010 | 1,431.37 | Check Paid | N/A | 144 |
| 12/1/2010 | 1,257.03 | Check Paid | N/A | 157 |
| 12/1/2010 | 1,114.52 | Check Paid | N/A | 148 |
| 12/1/2010 | 884.78 | Check Paid | N/A | 158 |
| 12/1/2010 | 364.24 | Check Paid | N/A | 155 |
| 12/1/2010 | 180.23 | Check Paid | N/A | 159 |
| 12/2/2010 | 744.64 | Check Paid | N/A | 145 |

| | | | | |
|---|---|---|---|---|
| 12/2/2010 | 233.63 | Check Paid | N/A | 152 |
| 12/2/2010 | 40.00 | Check Paid | N/A | 110 |
| 12/2/2010 | 36.52 | Check Paid | N/A | 156 |
| 12/3/2010 | 1,000.00 | Deposited Item Returned RETURNED DEPOSITED ITEMS 233 ALEXIS VARELA | N/A | N/A |
| 12/3/2010 | 1,127.34 | Check Paid | N/A | 160 |
| 12/3/2010 | 865.61 | Check Paid | N/A | 154 |
| 12/3/2010 | 438.24 | ACH Withdrawal AC-MERCHANT SVCS -INTERCHNG | N/A | N/A |
| 12/3/2010 | 146.88 | ACH Withdrawal AC-MERCHANT SVCS -DISCOUNT | N/A | N/A |
| 12/3/2010 | 33.28 | ACH Withdrawal AC-MERCHANT SVCS -FEE | N/A | N/A |
| 12/6/2010 | 1,943.34 | Check Paid | N/A | 3274 |
| 12/6/2010 | 1,287.12 | Check Paid | N/A | 3267 |
| 12/6/2010 | 1,000.00 | Check Paid | N/A | 3261 |
| 12/6/2010 | 1,000.00 | Check Paid | N/A | 108 |
| 12/6/2010 | 197.58 | Check Paid | N/A | 3264 |
| 12/6/2010 | 178.01 | Check Paid | N/A | 3262 |
| 12/6/2010 | 175.14 | Check Paid | N/A | 3256 |
| 12/6/2010 | 140.49 | Check Paid | N/A | 150 |
| 12/6/2010 | 53.18 | Check Paid | N/A | 151 |
| 12/7/2010 | 4,000.00 | Check Paid | N/A | 109 |
| 12/7/2010 | 2,850.67 | Check Paid | N/A | 3263 |
| 12/7/2010 | 1,545.30 | Check Paid | N/A | 3251 |
| 12/7/2010 | 1,000.00 | Check Paid | N/A | 3275 |
| 12/7/2010 | 308.29 | Check Paid | N/A | 146 |
| 12/7/2010 | 175.00 | Check Paid | N/A | 3260 |
| 12/7/2010 | 100.00 | Check Paid | N/A | 3270 |
| 12/8/2010 | 2,720.00 | Check Paid | N/A | 3277 |
| 12/8/2010 | 2,014.26 | Check Paid | N/A | 3271 |
| 12/8/2010 | 59.35 | Check Paid | N/A | 143 |
| 12/9/2010 | 200.00 | Deposited Item Returned RETURNED DEPOSITED ITEMS 10811 DENEAST LLC | N/A | N/A |
| 12/9/2010 | 25,000.00 | Check Paid | N/A | 3276 |

617.40

| 12/9/2010 | 5,368.25 | Check Paid | N/A | 3266 |
|---|---|---|---|---|
| 12/9/2010 | 1,927.13 | Check Paid | N/A | 3252 |
| 12/9/2010 | 1,558.85 | Check Paid | N/A | 3259 |
| 12/9/2010 | 1,125.00 | Check Paid | N/A | 3268 |
| 12/9/2010 | 276.95 | Check Paid | N/A | 3254 |
| 12/10/2010 | 11,000.00 | Check Paid | N/A | 3278 |
| 12/10/2010 | 5,000.00 | Check Paid | N/A | 3258 |
| 12/10/2010 | 4,000.00 | Check Paid | N/A | 3279 |
| 12/10/2010 | 822.54 | ACH Withdrawal | N/A | N/A |
| | | *AC-JOHN HANCOCK -ACH DEBIT* | | |
| 12/10/2010 | 558.67 | ACH Withdrawal | N/A | N/A |
| | | *AC-JOHN HANCOCK -ACH DEBIT* | | |
| 12/10/2010 | 525.00 | Check Paid | N/A | 3255 |
| 12/10/2010 | 523.67 | ACH Withdrawal | N/A | N/A |
| | | *AC-JOHN HANCOCK -ACH DEBIT* | | |
| 12/10/2010 | 489.15 | ACH Withdrawal | N/A | N/A |
| | | *AC-JOHN HANCOCK -ACH DEBIT* | | |
| 12/10/2010 | 102.60 | Check Paid | N/A | 3253 |
| 12/13/2010 | 252.00 | Overdraft Fee | N/A | N/A |
| | | *INSUFFICIENT FUNDS FEE* | | |
| 12/13/2010 | 244.85 | Miscellaneous Fees | N/A | N/A |
| | | *ACCOUNT ANALYSIS SERVICE CHRG* | | |
| 12/13/2010 | 15.20 | Miscellaneous Fees | N/A | N/A |
| | | *ACCOUNT ANALYSIS SERVICE CHRG* | | |
| 12/13/2010 | 3,408.44 | ACH Withdrawal | N/A | N/A |
| | | *AC-Glacial Energy -AtlanticBrGlacial Energy Invoice: 354272* | | |
| 12/13/2010 | 984.08 | ACH Withdrawal | N/A | N/A |
| | | *AC-Glacial Energy -AtlanticBrGlacial Energy Invoice: 354272* | | |
| 12/14/2010 | 72.00 | Overdraft Fee | N/A | N/A |
| | | *INSUFFICIENT FUNDS FEE* | | |
| 12/15/2010 | 2,800.00 | Check Paid | N/A | 111 |
| 12/15/2010 | 102.60 | Check Paid | N/A | 3253 |
| 12/17/2010 | 2,093.01 | ACH Withdrawal | N/A | N/A |
| | | *AC-Glacial Energy -AtlanticBrGlacial Energy Invoice: 354272* | | |
| 12/20/2010 | 56.25 | Check Paid | N/A | 101 |
| 12/21/2010 | 3,408.44 | ACH Withdrawal | N/A | N/A |
| | | *AC-Glacial Energy -AtlanticBrGlacial Energy Invoice: 354272* | | |
| 12/21/2010 | 1,080.94 | Check Paid | N/A | 3304 |
| 12/21/2010 | 984.08 | ACH Withdrawal | N/A | N/A |
| | | *AC-Glacial Energy -AtlanticBrGlacial Energy Invoice: 354272* | | |
| 12/21/2010 | 90.42 | Check Paid | N/A | 3305 |
| 12/22/2010 | 2,906.25 | Check Paid | N/A | 3325 |
| 12/22/2010 | 2,240.94 | Check Paid | N/A | 3293 |

*Bank fees*
*584.05*

| 12/22/2010 | 2,055.05 | Check Paid | N/A | 3332 |
|---|---|---|---|---|
| 12/22/2010 | 1,710.25 | Check Paid | N/A | 3326 |
| 12/22/2010 | 1,487.50 | Check Paid | N/A | 3284 |
| 12/22/2010 | 1,431.37 | Check Paid | N/A | 3288 |
| 12/22/2010 | 1,409.42 | Check Paid | N/A | 3327 |
| 12/22/2010 | 1,129.24 | Check Paid | N/A | 3303 |
| 12/22/2010 | 1,129.24 | Check Paid | N/A | 3301 |
| 12/22/2010 | 1,116.93 | Check Paid | N/A | 3290 |
| 12/22/2010 | 1,079.91 | Check Paid | N/A | 3314 |
| 12/22/2010 | 1,016.29 | Check Paid | N/A | 3292 |
| 12/22/2010 | 448.27 | Check Paid | N/A | 3289 |
| 12/22/2010 | 439.66 | Check Paid | N/A | 3285 |
| 12/22/2010 | 364.02 | Check Paid | N/A | 3294 |
| 12/22/2010 | 207.16 | Check Paid | N/A | 3283 |
| 12/22/2010 | 91.05 | Check Paid | N/A | 3315 |
| 12/23/2010 | 10,593.42 | ACH Withdrawal AC-ADVANTAGE BUSINE-PAYROLL | N/A | N/A |
| 12/23/2010 | 1,257.01 | Check Paid | N/A | 3335 |
| 12/23/2010 | 1,134.65 | Check Paid | N/A | 3298 |
| 12/23/2010 | 1,127.34 | Check Paid | N/A | 3330 |
| 12/23/2010 | 970.12 | Check Paid | N/A | 3320 |
| 12/23/2010 | 917.99 | Check Paid | N/A | 3338 |
| 12/23/2010 | 900.80 | Check Paid | N/A | 3336 |
| 12/23/2010 | 896.79 | Check Paid | N/A | 3337 |
| 12/23/2010 | 828.24 | Check Paid | N/A | 3307 |
| 12/23/2010 | 821.39 | Check Paid | N/A | 3333 |
| 12/23/2010 | 724.92 | Check Paid | N/A | 3308 |
| 12/23/2010 | 618.93 | Check Paid | N/A | 3322 |
| 12/23/2010 | 584.97 | Check Paid | N/A | 3343 |
| 12/23/2010 | 426.18 | Check Paid | N/A | 3331 |
| 12/23/2010 | 227.74 | Check Paid | N/A | 3334 |
| 12/23/2010 | 225.13 | Check Paid | N/A | 3321 |

| Date | Amount | Description | | Number |
|---|---|---|---|---|
| 12/23/2010 | 157.32 | Check Paid | N/A | 3297 |
| 12/23/2010 | 91.47 | Check Paid | N/A | 3309 |
| 12/23/2010 | 91.05 | Check Paid | N/A | 3344 |
| 12/23/2010 | 90.43 | Check Paid | N/A | 3323 |
| 12/23/2010 | 89.81 | Check Paid | N/A | 3313 |
| 12/23/2010 | 89.80 | Check Paid | N/A | 3339 |
| 12/23/2010 | 84.48 | ACH Withdrawal | N/A | N/A |
| | | *AC-ADVANTAGE BUSINE-PAYROLL* | | |
| 12/24/2010 | 4,997.51 | Check Paid | N/A | 3311 |
| 12/24/2010 | 3,551.62 | Check Paid | N/A | 3302 |
| 12/24/2010 | 2,500.00 | Check Paid | N/A | 3310 |
| 12/24/2010 | 1,625.00 | Check Paid | N/A | 3329 |
| 12/24/2010 | 1,400.00 | Check Paid | N/A | 3340 |
| 12/24/2010 | 1,307.52 | Check Paid | N/A | 3299 |
| 12/24/2010 | 800.00 | Check Paid | N/A | 3306 |
| 12/24/2010 | 500.00 | Check Paid | N/A | 3342 |
| 12/24/2010 | 409.44 | Check Paid | N/A | 3296 |
| 12/24/2010 | 180.23 | Check Paid | N/A | 3319 |
| 12/24/2010 | 100.00 | Check Paid | N/A | 3341 |
| 12/24/2010 | 90.42 | Check Paid | N/A | 3286 |
| 12/24/2010 | 62.50 | Check Paid | N/A | 3287 |
| 12/27/2010 | 6,463.00 | Check Paid | N/A | 3324 |
| 12/27/2010 | 2,500.00 | Debit Memo | N/A | N/A |
| | | *SCHEDULED PRINCIPAL PAYMENT TO BL-0000000001022600* | | |
| 12/29/2010 | 12,221.20 | ACH Withdrawal | N/A | N/A |
| | | *AC-ADVANTAGE BUSINE-PAYROLL* | | |
| 12/29/2010 | 6,316.96 | ACH Withdrawal | N/A | N/A |
| | | *AC-ADVANTAGE BUSINE-PAYROLL* | | |
| 12/29/2010 | 4,000.00 | Check Paid | N/A | 3279 |
| 12/30/2010 | 1,080.98 | Check Paid | N/A | 184 |
| 12/30/2010 | 828.23 | Check Paid | N/A | 186 |
| 12/30/2010 | 474.50 | Check Paid | N/A | 3312 |
| 12/30/2010 | 264.63 | Check Paid | N/A | 3328 |
| 12/30/2010 | 264.62 | Check Paid | N/A | 194 |

| 12/31/2010 | 1,129.24 | Check Paid | N/A | 185 |
| 12/31/2010 | 865.62 | Check Paid | N/A | 189 |

1/10/2011 9:49:10 AM ET

In re__Atlantic Broadcasting of Linwood NJ LLC                     Case No. _____ 10-49149
Debtor                                                             Reporting Period 12/20/10-12/31/

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 687448 |
| + Amounts billed during the period | 53472 |
| - Amounts collected during the period | 133240 |
| Total Accounts Receivable at the end of the reporting period | 607680 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 178227 |
| 31 - 60 days old | 99510 |
| 61 - 90 days old | 69024 |
| 91+ days old | 260919 |
| Total Accounts Receivable | 607680 |
| Amount considered uncollectible (Bad Debt) | -191165 |
| Accounts Receivable (Net) | 416515 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | | X |

FORM MOR-5
(9/99)