UNITED STATES BANKRUPTCY COURT
_________ DISTRICT OF New Jersey

In re __Atlantic Broadcasting of Linwood NJ LLC

10-49149
**Reporting Period:** 1/1/11-1/31/11

# MONTHLY OPERATING REPORT

**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | X | |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Listing of aged accounts payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor — Date: 2-18-11

Signature of Joint Debtor — Date

Signature of Authorized Individual* — Date

Printed Name of Authorized Individual — Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

In re_Atlantic Broadcasting of Linwood NJ LLC
Debtor

Case No. 10-49149
Reporting Period: 1/1/11-1/31/11

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | SEE ATTACHED | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

Atlantic Broadcasting
of Linwood NJ LLC
Debtor in Possession

12/20/10 - 1/31/11

| | Month Ending 1/31/2011 | Budget | $ Over Budget | Period to Date Actual | Budget | $ Over Budget |
|---|---|---|---|---|---|---|
| Collections | 153,690.00 | 206,500.00 | (52,810.00) | 310,303.18 | 280,500.00 | 29,803.18 |
| Expense | | | | | | |
| Total Chapter 11 Expenses | | | | | | |
| 12/15 Unpaid Wages | - | - | - | 61,551.30 | 65,000.00 | -3,448.70 |
| Holiday Bonus * | 8,350.00 | 8,333.00 | 17.00 | 16,650.00 | 16,666.00 | -16.00 |
| Payment to Bank | 12,500.00 | 12,500.00 | - | 15,000.00 | 20,000.00 | -5,000.00 |
| DIP Interest | - | 2,131.00 | (2,131.00) | 0.00 | 2,131.00 | -2,131.00 |
| Debtors Ch. 11 Attorney | - | 33,333.00 | (33,333.00) | 0.00 | 33,333.00 | -33,333.00 |
| Bank's Attorney | - | 25,000.00 | (25,000.00) | 0.00 | 25,000.00 | -25,000.00 |
| US Trustee fees | - | 5,000.00 | (5,000.00) | 0.00 | 5,000.00 | -5,000.00 |
| Utilities Deposit | 3,100.00 | - | 3,100.00 | 3,100.00 | 25,000.00 | -21,900.00 |
| Total Total Chapter 11 Expenses | 23,950.00 | 86,297.00 | (62,347.00) | 96,301.30 | 192,130.00 | (95,828.70) |
| Total G&A Expenses | | | | | | |
| Accounting Service | - | 3,125.00 | (3,125.00) | 0.00 | 5,000.00 | -5,000.00 |
| Building Maintenance | 800.00 | 1,500.00 | (700.00) | 800.00 | 2,400.00 | -1,600.00 |
| Building Supplies | - | 1,000.00 | (1,000.00) | 94.37 | 1,750.00 | -1,655.63 |
| Credit Card Fees | 621.98 | - | 621.98 | 621.98 | 0.00 | 621.98 |
| Elevator Service | - | 300.00 | (300.00) | 0.00 | 600.00 | -600.00 |
| FCC Fees | 770.00 | - | 770.00 | 770.00 | 0.00 | 770.00 |
| Health Insurance | - | 3,200.00 | (3,200.00) | 3,989.78 | 6,400.00 | -2,410.22 |
| Insurance | 3,854.26 | 13,000.00 | (9,145.74) | 10,661.13 | 19,500.00 | -8,838.87 |
| Landscaping | 547.57 | 1,000.00 | (452.43) | 1,838.53 | 1,750.00 | 88.53 |
| Legal (FCC Counsel) | 206.26 | 3,750.00 | (3,543.74) | 206.26 | 6,000.00 | -5,793.74 |
| Main Phone Service | 1,717.57 | 2,500.00 | (782.43) | 1,717.57 | 5,000.00 | -3,282.43 |
| Marketron | 612.32 | 700.00 | (87.68) | 612.32 | 1,400.00 | -787.68 |
| Miscellaneous | 1,548.62 | 2,500.00 | (951.38) | 1,675.01 | 4,000.00 | -2,324.99 |
| Office Supplies | 43.79 | 1,250.00 | (1,206.21) | 43.79 | 2,000.00 | -1,956.21 |
| Payroll Processing * | 784.65 | 1,000.00 | (215.35) | 980.55 | 1,500.00 | -519.45 |
| Payroll Taxes * | 8,006.55 | 8,538.00 | (531.45) | 8,006.55 | 11,105.00 | -3,098.45 |
| Property Tax | - | 6,000.00 | (6,000.00) | 0.00 | 12,000.00 | -12,000.00 |
| Salaries * | 27,283.33 | 26,000.00 | 1,283.33 | 39,691.66 | 39,000.00 | 691.66 |
| Trash Removal | - | 500.00 | (500.00) | 0.00 | 800.00 | -800.00 |
| Travel - G&A | 953.54 | 3,750.00 | (2,796.46) | 8,218.89 | 6,000.00 | 2,218.89 |
| Utilities | 151.05 | 16,000.00 | (15,848.95) | 4,634.86 | 32,000.00 | -27,365.14 |
| Verizon Lines | 49.89 | 1,500.00 | (1,450.11) | 1,012.21 | 3,000.00 | -1,987.79 |
| Wireless Telecommunications | - | 1,000.00 | (1,000.00) | 0.00 | 2,000.00 | -2,000.00 |
| Total Total G&A Expenses | 47,951.38 | 98,113.00 | (50,161.62) | 85,575.46 | 163,205.00 | (77,629.54) |
| Total Programming Expenses | | | | | | |
| ASCAP | - | 6,360.00 | (6,360.00) | 4,778.00 | 12,720.00 | -7,942.00 |
| BMI | 5,170.75 | 5,777.00 | (606.25) | 5,170.75 | 11,554.00 | -6,383.25 |
| Digital Radio | - | - | - | 0.00 | 0.00 | 0.00 |
| Miscellaneous | 879.34 | - | 879.34 | 879.34 | 0.00 | 879.34 |
| Programmer | 1,000.00 | 1,000.00 | - | 1,500.00 | 1,500.00 | 0.00 |

| | Month Ending 1/31/2011 | Budget | $ Over Budget | Period to Date Actual | Budget | $ Over Budget |
|---|---|---|---|---|---|---|
| RCS Selector | 351.00 | 400.00 | (49.00) | 351.00 | 800.00 | -449.00 |
| Rush Limbaugh | - | 375.00 | (375.00) | 0.00 | 600.00 | -600.00 |
| Salaries - Programming * | 21,937.04 | 18,400.00 | 3,537.04 | 31,485.04 | 27,600.00 | 3,885.04 |
| Voice Talent | 2,200.00 | - | 2,200.00 | 2,200.00 | 0.00 | 2,200.00 |
| SESAC | - | 1,415.00 | (1,415.00) | 1,232.50 | 2,830.00 | -1,597.50 |
| Surfer Network | 400.00 | 300.00 | 100.00 | 400.00 | 600.00 | -200.00 |
| WOND Commissions | 11,475.05 | 8,000.00 | 3,475.05 | 11,475.05 | 8,000.00 | 3,475.05 |
| Total Total Programming Expenses | 43,413.18 | 42,027.00 | 1,386.18 | 59,471.68 | 66,204.00 | (6,732.32) |
| Total Sales Expenses | | | | | | |
| Expense Reimbursement - Sales | - | 2,250.00 | (2,250.00) | 0.00 | 3,600.00 | -3,600.00 |
| National Rep Fee | - | 2,350.00 | (2,350.00) | 0.00 | 3,760.00 | -3,760.00 |
| Sales Commissions * | 29,047.20 | 26,250.00 | 2,797.20 | 32,597.20 | 26,250.00 | 2,797.20 |
| Sales Guarantees * | 8,008.34 | 11,000.00 | (2,991.66) | 10,012.51 | 16,500.00 | -6,487.49 |
| Sales Manager * | 5,200.00 | 5,125.00 | 75.00 | 7,700.00 | 7,625.00 | 75.00 |
| Sales Manager bonus * | - | 2,000.00 | (2,000.00) | 0.00 | 2,000.00 | -2,000.00 |
| Sales Manager Expense | - | 500.00 | (500.00) | 0.00 | 875.00 | -875.00 |
| Sales Manager override | 5,500.00 | 3,800.00 | 1,700.00 | 5,500.00 | 3,800.00 | 1,700.00 |
| Travel - Sales | - | 625.00 | (625.00) | 0.00 | 1,000.00 | -1,000.00 |
| Total Total Sales Expenses | 47,755.54 | 53,900.00 | (6,144.46) | 55,809.71 | 65,410.00 | (13,150.29) |
| Total Technical Expenses | | | | | | |
| AG Technologies | - | 500.00 | (500.00) | 0.00 | 1,000.00 | -1,000.00 |
| Broadcast Technology | 4,181.25 | 4,000.00 | 181.25 | 5,781.25 | 6,400.00 | -618.75 |
| Misc Parts | 1,209.10 | 1,250.00 | (40.90) | 1,209.10 | 2,000.00 | -790.90 |
| Phone Lines | - | 2,000.00 | (2,000.00) | 223.45 | 4,000.00 | -3,776.55 |
| Radio Comp Services | - | 500.00 | (500.00) | 0.00 | 800.00 | -800.00 |
| Tech 21 | - | 7,250.00 | (7,250.00) | 2,250.00 | 9,500.00 | -7,250.00 |
| Transmitter/Tech Repairs | - | 15,000.00 | (15,000.00) | 0.00 | 15,000.00 | -15,000.00 |
| Tower Electric | 1,119.40 | 1,800.00 | (680.60) | 1,119.40 | 3,600.00 | -2,480.60 |
| Tower Rent | - | 3,500.00 | (3,500.00) | 3,371.88 | 7,000.00 | -3,628.12 |
| Total Total Technical Expenses | 6,509.75 | 35,800.00 | (29,290.25) | 13,955.08 | 49,300.00 | (35,344.92) |
| Total Expense | 169,579.85 | 316,137.00 | (146,557.15) | 311,113.23 | 536,249.00 | (225,135.77) |
| Cash Flow from operations | **(15,889.85)** | **(109,637.00)** | 93,747.15 | **(810.05)** | **(255,749.00)** | 254,938.95 |
| Funding from Bank | 135,843.00 | | | 135,843.00 | | |
| Cash at end of period | 135,032.95 | | | 135,032.95 | | |

In re__Atlantic Broadcasting of Linwood NJ LLC
Debtor

Case No. ___ 10-49149
Reporting Pe 1/1/11-1/31/11

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | See | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | |
| OTHER (ATTACH EXPLANATION) | attached | | | |
| ADJUSTED BANK BALANCE * | | | | |

* Adjusted bank balance must equal balance per books

**DEPOSITS IN TRANSIT**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**CHECKS OUTSTANDING**

| Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OTHER ______

Atlantic Broadcasting Bank Rec
January 2011

| | | |
|---|---|---|
| Balance per books | | 135,032.95 |
| | | |
| Bank Balance | | 144,275.30 |
| (+) Deposits in Transit (see below) | | 21,961.49 |
| (-) less outstanding checks (see below) | | (33,166.65) |
| Other adjustment (prepetion ajes) | | 1,962.81 |
| | | |
| Adjusted bank balance | | 135,032.95 |
| | | |
| **OS Checks** | | |
| | 3295 | 91.06 |
| | 3318 | 91.05 |
| | 10 | 5,000.00 |
| | 10 | 631.22 |
| | 11 | 572.00 |
| | 127 | 2,603.26 |
| | 132 | 2,250.00 |
| | 133 | 2,750.00 |
| | 200 | 131.98 |
| | 213 | 1,451.48 |
| | 214 | 610.05 |
| | 215 | 1,093.07 |
| | 216 | 1,121.17 |
| | 217 | 822.61 |
| | 218 | 108.11 |
| | 219 | 257.99 |
| | 220 | 615.91 |
| | 221 | 877.53 |
| | 222 | 92.49 |
| | 222 | 422.67 |
| | 223 | 1,248.91 |
| | 224 | 212.53 |
| | 225 | 1,125.75 |
| | 1000 | 1,514.33 |
| | 1001 | 2,084.34 |
| | 1002 | 92.49 |
| | 1003 | 694.26 |
| | 1004 | 93.11 |
| | 1005 | 233.63 |
| | 1006 | 230.91 |
| | 1007 | 93.29 |
| | 1008 | 229.45 |
| | 1009 | 90.61 |
| | 1011 | 131.54 |
| | 1013 | 92.48 |
| | 1014 | 882.98 |
| | 1016 | 415.15 |
| | 1017 | 138.42 |
| | 1020 | 93.55 |
| | 1020 | 92.48 |
| | 3396 | 750.00 |
| | 3490 | 1,032.79 |
| Total OS Checks | | 33,166.65 |
| | | |
| Deposits in Transit | | |
| DIT 400+950+238=1588 deposit was 1598 | | (10.00) |
| 9/2 | | 350.00 |
| 12/3 | | 2,740.00 |
| 1/10 | | 500.00 |
| 1/31 | | 1,000.88 |
| 1/31 | | 478.75 |
| 1/31 | | 15,726.86 |
| 1/31 | | 1,175.00 |
| | | |
| Total DITS | | 21,961.49 |

**Account Statement**

Account Title: **Atlantic Operating** Posted: **1/1/2011 to 1/31/2011**
Number: **XX-8191** Currency: **USD**

| | | | | |
|---|---|---|---|---|
| Opening Ledger Balance: | **158,514.31** | Credits: | **26** | **162,360.08** |
| Closing Ledger Balance: | **144,275.30** | Debits: | **120** | **176,599.09** |

## *CHECKS PAID*

| Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|
| 121 | 1/4/2011 | 2,750.00 | 122 | 1/18/2011 | 2,295.00 |
| 123 | 1/18/2011 | 50.00 | 124 | 1/19/2011 | 1,200.00 |
| 125 | 1/18/2011 | 906.75 | 126 | 1/18/2011 | 800.00 |
| 128 | 1/28/2011 | 2,357.90 | 129 | 1/25/2011 | 3,608.05 |
| 130 | 1/18/2011 | 380.00 | 131 | 1/21/2011 | 2,750.00 |
| 182 | 1/4/2011 | 1,431.40 | 183 | 1/5/2011 | 150.66 |
| 187 | 1/3/2011 | 101.67 | 188 | 1/4/2011 | 459.52 |
| 190 | 1/3/2011 | 407.36 | 191 | 1/3/2011 | 1,257.02 |
| 192 | 1/3/2011 | 718.96 | 193 | 1/3/2011 | 1,127.34 |
| 195 | 1/18/2011 | 1,451.73 | 196 | 1/18/2011 | 370.97 |
| 197 | 1/14/2011 | 1,093.06 | 198 | 1/19/2011 | 1,141.18 |
| 199 | 1/19/2011 | 2,750.51 | 201 | 1/14/2011 | 837.79 |
| 202 | 1/14/2011 | 312.07 | 203 | 1/18/2011 | 108.10 |
| 204 | 1/20/2011 | 417.05 | 205 | 1/18/2011 | 772.46 |
| 206 | 1/18/2011 | 15.68 | 207 | 1/18/2011 | 873.46 |
| 208 | 1/18/2011 | 393.18 | 209 | 1/19/2011 | 1,248.90 |
| 210 | 1/26/2011 | 60.33 | 211 | 1/18/2011 | 1,125.74 |
| 212 | 1/14/2011 | 254.34 | 226 | 1/31/2011 | 254.35 |
| 3281 | 1/3/2011 | 158.22 | 3282 | 1/3/2011 | 90.42 |
| 3291 | 1/6/2011 | 100.00 | 3300 | 1/4/2011 | 1,539.13 |
| 3316 | 1/10/2011 | 40.17 | 3317 | 1/10/2011 | 91.05 |
| 3346 | 1/5/2011 | 1,290.96 | 3347 | 1/7/2011 | 4,778.00 |
| 3348 | 1/6/2011 | 1,232.50 | 3349 | 1/7/2011 | 1,109.73 |
| 3350 | 1/3/2011 | 1,300.00 | 3351 | 1/7/2011 | 2,250.00 |
| 3352 | 1/7/2011 | 1,600.00 | 3353 | 1/7/2011 | 3,371.88 |
| 3354 | 1/10/2011 | 89.00 | 3355 | 1/7/2011 | 223.45 |
| 3356 | 1/11/2011 | 92.97 | 3357 | 1/6/2011 | 113.28 |
| 3358 | 1/6/2011 | 146.00 | 3359 | 1/6/2011 | 176.10 |
| 3360 | 1/7/2011 | 433.97 | 3361 | 1/7/2011 | 91.29 |
| 3363 | 1/28/2011 | 4,000.00 | 3364 | 1/6/2011 | 2,785.74 |
| 3365 | 1/7/2011 | 450.16 | 3366 | 1/10/2011 | 102.60 |
| 3367 | 1/6/2011 | 1,643.84 | 3368 | 1/14/2011 | 1,927.13 |

| 3369 | 1/31/2011 | 94.37 | 3371 | 1/12/2011 | 422.94 |
|---|---|---|---|---|---|
| 3372 | 1/4/2011 | 272.02 | 3373 | 1/10/2011 | 615.54 |
| 3374 | 1/18/2011 | 300.00 | 3375 | 1/14/2011 | 750.00 |
| 3376 | 1/18/2011 | 351.00 | 3377 | 1/18/2011 | 151.05 |
| 3378 | 1/18/2011 | 3,100.00 | 3379 | 1/18/2011 | 215.62 |
| 3380 | 1/14/2011 | 750.00 | 3381 | 1/18/2011 | 400.00 |
| 3382 | 1/10/2011 | 5,400.00 | 3383 | 1/10/2011 | 572.00 |
| 3384 | 1/19/2011 | 1,119.40 | 3386 | 1/12/2011 | 1,000.00 |
| 3388 | 1/12/2011 | 125.00 | 3389 | 1/11/2011 | 3,431.25 |
| 3390 | 1/18/2011 | 700.00 | 3391 | 1/21/2011 | 409.56 |
| 3392 | 1/14/2011 | 3,854.26 | 3393 | 1/21/2011 | 1,717.57 |
| 3394 | 1/24/2011 | 612.32 | 3395 | 1/26/2011 | 79.34 |
| 3398 | 1/31/2011 | 89.00 | 3431 | 1/14/2011 | 400.00 |
| 3432 | 1/24/2011 | 500.00 | 3433 | 1/18/2011 | 49.89 |
| 3484 | 1/31/2011 | 750.00 | 3487 | 1/24/2011 | 600.00 |
| 3488 | 1/21/2011 | 750.00 | 3489 | 1/24/2011 | 547.57 |
| 3491 | 1/21/2011 | 675.00 | 3492 | 1/18/2011 | 450.00 |
| 3493 | 1/18/2011 | 300.00 | 3494 | 1/18/2011 | 268.64 |
| 3495 | 1/18/2011 | 750.00 | 3496 | 1/21/2011 | 206.26 |
| 3497 | 1/24/2011 | 5,170.75 | 3498 | 1/14/2011 | 144.44 |
| 3499 | 1/20/2011 | 750.00 | | | |

## DEPOSITS and CREDITS

| Posted Date | Amount | Tran Code | Bank Reference | Customer Reference |
|---|---|---|---|---|
| 1/3/2011 | 600.00 | Deposit | N/A | N/A |
| | *DEPOSIT* | | | |
| 1/3/2011 | 200.00 | Deposit | N/A | N/A |
| | *DEPOSIT* | | | |
| 1/4/2011 | 13,367.82 | Deposit | N/A | 4045170015 |
| | *DEPOSIT* | | | |
| 1/4/2011 | 8,247.64 | Deposit | N/A | 4106250002 |
| | *DEPOSIT* | | | |
| 1/4/2011 | 3,533.75 | Deposit | N/A | 4106860002 |
| | *DEPOSIT* | | | |
| 1/5/2011 | 2,010.00 | ACH Credit | N/A | N/A |
| | *AC-MERCHANT SVCS -DEPOSIT* | | | |
| 1/6/2011 | 3,864.00 | Deposit | N/A | 6132600005 |
| | *DEPOSIT* | | | |
| 1/6/2011 | 3,109.60 | Deposit | N/A | 6132000003 |
| | *DEPOSIT* | | | |
| 1/7/2011 | 15,813.28 | Deposit | N/A | 6270210007 |
| | *DEPOSIT* | | | |
| 1/11/2011 | 4,269.46 | Deposit | N/A | 300110011 |
| | *DEPOSIT* | | | |
| 1/12/2011 | 6,265.50 | ACH Credit | N/A | N/A |
| | *AC-MERCHANT SVCS -DEPOSIT* | | | |
| 1/13/2011 | 26,138.31 | Deposit | N/A | 2220550022 |
| | *DEPOSIT* | | | |
| 1/18/2011 | 3,536.00 | Deposit | N/A | 6059540007 |
| | *DEPOSIT* | | | |

| Posted Date | Amount | Tran Code | Bank Reference | Customer Reference |
|---|---|---|---|---|
| 1/19/2011 | 3,597.50 | ACH Credit | N/A | N/A |
| | AC-MERCHANT SVCS -DEPOSIT | | | |
| 1/20/2011 | 11,843.00 | Deposit | N/A | 59890016 |
| | DEPOSIT | | | |
| 1/20/2011 | 10,913.94 | Credit Memo | N/A | N/A |
| | RELEASED WRIT | | | |
| 1/20/2011 | 5,757.50 | Deposit | N/A | 56660001 |
| | DEPOSIT | | | |
| 1/20/2011 | 370.00 | Deposit | N/A | N/A |
| | DEPOSIT | | | |
| 1/21/2011 | 3,222.24 | Deposit | N/A | 232870004 |
| | DEPOSIT | | | |
| 1/24/2011 | 17,111.25 | Deposit | N/A | 4082740016 |
| | DEPOSIT | | | |
| 1/24/2011 | 505.75 | ACH Credit | N/A | N/A |
| | AC-MERCHANT SVCS -DEPOSIT | | | |
| 1/26/2011 | 7,572.00 | Deposit | N/A | 6102640008 |
| | DEPOSIT | | | |
| 1/26/2011 | 2,550.00 | ACH Credit | N/A | N/A |
| | AC-MERCHANT SVCS -DEPOSIT | | | |
| 1/28/2011 | 4,243.45 | Deposit | N/A | 8108210011 |
| | DEPOSIT | | | |
| 1/28/2011 | 947.59 | Deposit | N/A | 8107070002 |
| | DEPOSIT | | | |
| 1/31/2011 | 2,770.50 | ACH Credit | N/A | N/A |
| | AC-MERCHANT SVCS -DEPOSIT | | | |

## CHECKS and DEBITS

| Posted Date | Amount | Tran Code | Bank Reference | Customer Reference |
|---|---|---|---|---|
| 1/3/2011 | 2,500.00 | Debit Memo | N/A | N/A |
| | SCHEDULED PRINCIPAL PAYMENT TO BL-0000000001022600 | | | |
| 1/3/2011 | 1,300.00 | Check Paid | N/A | 3350 |
| 1/3/2011 | 1,257.02 | Check Paid | N/A | 191 |
| 1/3/2011 | 1,127.34 | Check Paid | N/A | 193 |
| 1/3/2011 | 718.96 | Check Paid | N/A | 192 |
| 1/3/2011 | 407.36 | Check Paid | N/A | 190 |
| 1/3/2011 | 318.29 | ACH Withdrawal | N/A | N/A |
| | AC-MERCHANT SVCS -DISCOUNT | | | |
| 1/3/2011 | 270.97 | ACH Withdrawal | N/A | N/A |
| | AC-MERCHANT SVCS -INTERCHNG | | | |
| 1/3/2011 | 158.22 | Check Paid | N/A | 3281 |
| 1/3/2011 | 101.67 | Check Paid | N/A | 187 |
| 1/3/2011 | 90.42 | Check Paid | N/A | 3282 |
| 1/3/2011 | 32.72 | ACH Withdrawal | N/A | N/A |
| | AC-MERCHANT SVCS -FEE | | | |
| 1/4/2011 | 2,750.00 | Check Paid | N/A | 121 |
| 1/4/2011 | 1,539.13 | Check Paid | N/A | 3300 |
| 1/4/2011 | 1,431.40 | Check Paid | N/A | 182 |

| | | | | |
|---|---|---|---|---|
| 1/4/2011 | 459.52 | Check Paid | N/A | 188 |
| 1/4/2011 | 272.02 | Check Paid | N/A | 3372 |
| 1/5/2011 | 1,290.96 | Check Paid | N/A | 3346 |
| 1/5/2011 | 150.66 | Check Paid | N/A | 183 |
| 1/6/2011 | 2,785.74 | Check Paid | N/A | 3364 |
| 1/6/2011 | 1,643.84 | Check Paid | N/A | 3367 |
| 1/6/2011 | 1,232.50 | Check Paid | N/A | 3348 |
| 1/6/2011 | 176.10 | Check Paid | N/A | 3359 |
| 1/6/2011 | 146.00 | Check Paid | N/A | 3358 |
| 1/6/2011 | 113.28 | Check Paid | N/A | 3357 |
| 1/6/2011 | 100.00 | Check Paid | N/A | 3291 |
| 1/7/2011 | 4,778.00 | Check Paid | N/A | 3347 |
| 1/7/2011 | 3,371.88 | Check Paid | N/A | 3353 |
| 1/7/2011 | 2,250.00 | Check Paid | N/A | 3351 |
| 1/7/2011 | 1,600.00 | Check Paid | N/A | 3352 |
| 1/7/2011 | 1,109.73 | Check Paid | N/A | 3349 |
| 1/7/2011 | 450.16 | Check Paid | N/A | 3365 |
| 1/7/2011 | 433.97 | Check Paid | N/A | 3360 |
| 1/7/2011 | 223.45 | Check Paid | N/A | 3355 |
| 1/7/2011 | 91.29 | Check Paid | N/A | 3361 |
| 1/10/2011 | 5,400.00 | Check Paid | N/A | 3382 |
| 1/10/2011 | 2,500.00 | Debit Memo | N/A | N/A |
| | *SCHEDULED PRINCIPAL PAYMENT TO BL-0000000001022600* | | | |
| 1/10/2011 | 615.54 | Check Paid | N/A | 3373 |
| 1/10/2011 | 572.00 | Check Paid | N/A | 3383 |
| 1/10/2011 | 102.60 | Check Paid | N/A | 3366 |
| 1/10/2011 | 91.05 | Check Paid | N/A | 3317 |
| 1/10/2011 | 89.00 | Check Paid | N/A | 3354 |
| 1/10/2011 | 40.17 | Check Paid | N/A | 3316 |
| 1/11/2011 | 362.42 | Miscellaneous Fees | N/A | N/A |
| | *ACCOUNT ANALYSIS SERVICE CHRG* | | | |
| 1/11/2011 | 6.58 | Miscellaneous Fees | N/A | N/A |
| | *ACCOUNT ANALYSIS SERVICE CHRG* | | | |
| 1/11/2011 | 3,431.25 | Check Paid | N/A | 3389 |

| | | | | |
|---|---|---|---|---|
| 1/11/2011 | 92.97 | Check Paid | N/A | 3356 |
| 1/12/2011 | 1,000.00 | Check Paid | N/A | 3386 |
| 1/12/2011 | 422.94 | Check Paid | N/A | 3371 |
| 1/12/2011 | 125.00 | Check Paid | N/A | 3388 |
| 1/13/2011 | 21,096.05 | ACH Withdrawal | N/A | N/A |
| | *AC-ADVANTAGE BUSINE-PAYROLL* | | | |
| 1/13/2011 | 6,791.05 | ACH Withdrawal | N/A | N/A |
| | *AC-ADVANTAGE BUSINE-PAYROLL* | | | |
| 1/14/2011 | 3,854.26 | Check Paid | N/A | 3392 |
| 1/14/2011 | 1,927.13 | Check Paid | N/A | 3368 |
| 1/14/2011 | 1,093.06 | Check Paid | N/A | 197 |
| 1/14/2011 | 837.79 | Check Paid | N/A | 201 |
| 1/14/2011 | 750.00 | Check Paid | N/A | 3380 |
| 1/14/2011 | 750.00 | Check Paid | N/A | 3375 |
| 1/14/2011 | 400.00 | Check Paid | N/A | 3431 |
| 1/14/2011 | 312.07 | Check Paid | N/A | 202 |
| 1/14/2011 | 254.34 | Check Paid | N/A | 212 |
| 1/14/2011 | 144.44 | Check Paid | N/A | 3498 |
| 1/18/2011 | 3,100.00 | Check Paid | N/A | 3378 |
| 1/18/2011 | 2,500.00 | Debit Memo | N/A | N/A |
| | *SCHEDULED PRINCIPAL PAYMENT TO BL-000000001022600* | | | |
| 1/18/2011 | 2,295.00 | Check Paid | N/A | 122 |
| 1/18/2011 | 1,451.73 | Check Paid | N/A | 195 |
| 1/18/2011 | 1,125.74 | Check Paid | N/A | 211 |
| 1/18/2011 | 906.75 | Check Paid | N/A | 125 |
| 1/18/2011 | 873.46 | Check Paid | N/A | 207 |
| 1/18/2011 | 800.00 | Check Paid | N/A | 126 |
| 1/18/2011 | 772.46 | Check Paid | N/A | 205 |
| 1/18/2011 | 750.00 | Check Paid | N/A | 3495 |
| 1/18/2011 | 700.00 | Check Paid | N/A | 3390 |
| 1/18/2011 | 500.00 | ACH Withdrawal | N/A | N/A |
| | *AC-MERCHANT SVCS -DEPOSIT* | | | |
| 1/18/2011 | 450.00 | Check Paid | N/A | 3492 |
| 1/18/2011 | 400.00 | Check Paid | N/A | 3381 |
| 1/18/2011 | 393.18 | Check Paid | N/A | 208 |

| | | | | |
|---|---|---|---|---|
| 1/18/2011 | 380.00 | Check Paid | N/A | 130 |
| 1/18/2011 | 370.97 | Check Paid | N/A | 196 |
| 1/18/2011 | 351.00 | Check Paid | N/A | 3376 |
| 1/18/2011 | 300.00 | Check Paid | N/A | 3374 |
| 1/18/2011 | 300.00 | Check Paid | N/A | 3493 |
| 1/18/2011 | 268.64 | Check Paid | N/A | 3494 |
| 1/18/2011 | 215.62 | Check Paid | N/A | 3379 |
| 1/18/2011 | 151.05 | Check Paid | N/A | 3377 |
| 1/18/2011 | 108.10 | Check Paid | N/A | 203 |
| 1/18/2011 | 50.00 | Check Paid | N/A | 123 |
| 1/18/2011 | 49.89 | Check Paid | N/A | 3433 |
| 1/18/2011 | 15.68 | Check Paid | N/A | 206 |
| 1/19/2011 | 2,750.51 | Check Paid | N/A | 199 |
| 1/19/2011 | 1,248.90 | Check Paid | N/A | 209 |
| 1/19/2011 | 1,200.00 | Check Paid | N/A | 124 |
| 1/19/2011 | 1,141.18 | Check Paid | N/A | 198 |
| 1/19/2011 | 1,119.40 | Check Paid | N/A | 3384 |
| 1/20/2011 | 750.00 | Check Paid | N/A | 3499 |
| 1/20/2011 | 417.05 | Check Paid | N/A | 204 |
| 1/21/2011 | 2,750.00 | Check Paid | N/A | 131 |
| 1/21/2011 | 1,717.57 | Check Paid | N/A | 3393 |
| 1/21/2011 | 750.00 | Check Paid | N/A | 3488 |
| 1/21/2011 | 675.00 | Check Paid | N/A | 3491 |
| 1/21/2011 | 409.56 | Check Paid | N/A | 3391 |
| 1/21/2011 | 206.26 | Check Paid | N/A | 3496 |
| 1/24/2011 | 5,170.75 | Check Paid | N/A | 3497 |
| 1/24/2011 | 2,500.00 | Debit Memo | N/A | N/A |
| | *SCHEDULED PRINCIPAL PAYMENT TO BL-0000000001022600* | | | |
| 1/24/2011 | 612.32 | Check Paid | N/A | 3394 |
| 1/24/2011 | 600.00 | Check Paid | N/A | 3487 |
| 1/24/2011 | 547.57 | Check Paid | N/A | 3489 |
| 1/24/2011 | 500.00 | Check Paid | N/A | 3432 |

| | | | | |
|---|---|---|---|---|
| 1/25/2011 | 3,608.05 | Check Paid | N/A | 129 |
| 1/26/2011 | 79.34 | Check Paid | N/A | 3395 |
| 1/26/2011 | 60.33 | Check Paid | N/A | 210 |
| 1/28/2011 | 21,008.30 | ACH Withdrawal | N/A | N/A |
| | *AC-ADVANTAGE BUSINE-PAYROLL* | | | |
| 1/28/2011 | 7,407.80 | ACH Withdrawal | N/A | N/A |
| | *AC-ADVANTAGE BUSINE-PAYROLL* | | | |
| 1/28/2011 | 4,000.00 | Check Paid | N/A | 3363 |
| 1/28/2011 | 2,357.90 | Check Paid | N/A | 128 |
| 1/31/2011 | 2,500.00 | Debit Memo | N/A | N/A |
| | *SCHEDULED PRINCIPAL PAYMENT TO BL-0000000001022600* | | | |
| 1/31/2011 | 750.00 | Check Paid | N/A | 3484 |
| 1/31/2011 | 254.35 | Check Paid | N/A | 226 |
| 1/31/2011 | 94.37 | Check Paid | N/A | 3369 |
| 1/31/2011 | 89.00 | Check Paid | N/A | 3398 |

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|
| 10 | 01/14/2011 | Seymour Kravitz | | -5,000.00 |
| | | | -5,000.00 | 5,000.00 |
| TOTAL | | | -5,000.00 | 5,000.00 |
| 10 | 01/14/2011 | Nicholas Wargo | | -631.22 |
| | | | -631.22 | 631.22 |
| TOTAL | | | -631.22 | 631.22 |
| 11 | 01/14/2011 | Seymour Kravitz | | -572.00 |
| | | | -572.00 | 572.00 |
| TOTAL | | | -572.00 | 572.00 |
| 122 | 01/14/2011 | Barbara Altman | | -2,295.00 |
| | | | -2,295.00 | 2,295.00 |
| TOTAL | | | -2,295.00 | 2,295.00 |
| 123 | 01/14/2011 | Bob Burns | | -50.00 |
| | | | -50.00 | 50.00 |
| TOTAL | | | -50.00 | 50.00 |
| 124 | 01/14/2011 | Felix Banuchi | | -1,200.00 |
| | | | -1,200.00 | 1,200.00 |
| TOTAL | | | -1,200.00 | 1,200.00 |
| 125 | 01/14/2011 | William Cain | | -906.75 |
| | | | -906.75 | 906.75 |
| TOTAL | | | -906.75 | 906.75 |
| 126 | 01/14/2011 | Janet Goldsmith | | -800.00 |
| | | | -800.00 | 800.00 |
| TOTAL | | | -800.00 | 800.00 |
| 127 | 01/14/2011 | Barry Gold | | -2,603.26 |
| | | | -2,603.26 | 2,603.26 |
| TOTAL | | | -2,603.26 | 2,603.26 |
| 128 | 01/14/2011 | Ed Hitzel | | -2,357.90 |
| | | | -2,357.90 | 2,357.90 |
| TOTAL | | | -2,357.90 | 2,357.90 |
| 129 | 01/14/2011 | Seymour Kravitz | | -3,608.05 |

1:25 PM
02/15/11

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|
| | | | -3,608.05 | 3,608.05 |
| TOTAL | | | -3,608.05 | 3,608.05 |
| 130 | 01/14/2011 | Joseppe Ricci | | -380.00 |
| | | | -380.00 | 380.00 |
| TOTAL | | | -380.00 | 380.00 |
| 131 | 01/14/2011 | Paul Homer | | -2,750.00 |
| | | | -2,750.00 | 2,750.00 |
| TOTAL | | | -2,750.00 | 2,750.00 |
| 132 | 01/31/2011 | Dan Poorman | | -2,250.00 |
| | | | -2,250.00 | 2,250.00 |
| TOTAL | | | -2,250.00 | 2,250.00 |
| 133 | 01/31/2011 | Paul Homer | | -2,750.00 |
| | | | -2,750.00 | 2,750.00 |
| TOTAL | | | -2,750.00 | 2,750.00 |
| 195 | 01/14/2011 | Ben Burris | | -1,451.73 |
| | | | -1,451.73 | 1,451.73 |
| TOTAL | | | -1,451.73 | 1,451.73 |
| 196 | 01/14/2011 | Ben Burris | | -370.97 |
| | | | -370.97 | 370.97 |
| TOTAL | | | -370.97 | 370.97 |
| 197 | 01/14/2011 | James Dowd | | -1,093.06 |
| | | | -1,093.06 | 1,093.06 |
| TOTAL | | | -1,093.06 | 1,093.06 |
| 198 | 01/14/2011 | Francis Foy | | -1,141.18 |
| | | | -1,141.18 | 1,141.18 |
| TOTAL | | | -1,141.18 | 1,141.18 |
| 199 | 01/14/2011 | Francis Foy | | -2,750.51 |
| | | | -2,750.51 | 2,750.51 |
| TOTAL | | | -2,750.51 | 2,750.51 |
| 200 | 01/14/2011 | Richard Irland | | -131.98 |
| | | | -131.98 | 131.98 |

1:25 PM
02/15/11

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| | Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|---|
| TOTAL | | | | -131.98 | 131.98 |
| | 201 | 01/14/2011 | James Southard | | -837.79 |
| | | | | -837.79 | 837.79 |
| TOTAL | | | | -837.79 | 837.79 |
| | 202 | 01/14/2011 | James Southard | | -312.07 |
| | | | | -312.07 | 312.07 |
| TOTAL | | | | -312.07 | 312.07 |
| | 203 | 01/14/2011 | Angelo Lewis | | -108.10 |
| | | | | -108.10 | 108.10 |
| TOTAL | | | | -108.10 | 108.10 |
| | 204 | 01/14/2011 | John Pavlich | | -417.05 |
| | | | | -417.05 | 417.05 |
| TOTAL | | | | -417.05 | 417.05 |
| | 205 | 01/14/2011 | Nicholas Wargo | | -772.46 |
| | | | | -772.46 | 772.46 |
| TOTAL | | | | -772.46 | 772.46 |
| | 206 | 01/14/2011 | Nicholas Wargo | | -15.68 |
| | | | | -15.68 | 15.68 |
| TOTAL | | | | -15.68 | 15.68 |
| | 207 | 01/14/2011 | Scott Wiest | | -873.46 |
| | | | | -873.46 | 873.46 |
| TOTAL | | | | -873.46 | 873.46 |
| | 208 | 01/14/2011 | Brandon Burchell | | -393.18 |
| | | | | -393.18 | 393.18 |
| TOTAL | | | | -393.18 | 393.18 |
| | 209 | 01/14/2011 | Scott Reilly | | -1,248.90 |
| | | | | -1,248.90 | 1,248.90 |
| TOTAL | | | | -1,248.90 | 1,248.90 |
| | 210 | 01/14/2011 | Angel Velez-Cruz | | -60.33 |
| | | | | -60.33 | 60.33 |
| TOTAL | | | | -60.33 | 60.33 |

1:25 PM
02/15/11

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| | Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|---|
| | 211 | 01/14/2011 | Stuart Abrams | | -1,125.74 |
| | | | | -1,125.74 | 1,125.74 |
| TOTAL | | | | -1,125.74 | 1,125.74 |
| | 212 | 01/14/2011 | Robert Furman | | -254.34 |
| | | | | -254.34 | 254.34 |
| TOTAL | | | | -254.34 | 254.34 |
| | 213 | 01/31/2011 | Ben Burris | | -1,451.48 |
| | | | | -1,451.48 | 1,451.48 |
| TOTAL | | | | -1,451.48 | 1,451.48 |
| | 214 | 01/31/2011 | Ben Burris | | -610.05 |
| | | | | -610.05 | 610.05 |
| TOTAL | | | | -610.05 | 610.05 |
| | 215 | 01/31/2011 | James Dowd | | -1,093.07 |
| | | | | -1,093.07 | 1,093.07 |
| TOTAL | | | | -1,093.07 | 1,093.07 |
| | 216 | 01/31/2011 | Francis Foy | | -1,121.17 |
| | | | | -1,121.17 | 1,121.17 |
| TOTAL | | | | -1,121.17 | 1,121.17 |
| | 217 | 01/31/2011 | James Southard | | -822.61 |
| | | | | -822.61 | 822.61 |
| TOTAL | | | | -822.61 | 822.61 |
| | 218 | 01/31/2011 | Angelo Lewis | | -108.11 |
| | | | | -108.11 | 108.11 |
| TOTAL | | | | -108.11 | 108.11 |
| | 219 | 01/31/2011 | John Pavlich | | -257.99 |
| | | | | -257.99 | 257.99 |
| TOTAL | | | | -257.99 | 257.99 |
| | 220 | 01/31/2011 | Nicholas Wargo | | -615.91 |
| | | | | -615.91 | 615.91 |
| TOTAL | | | | -615.91 | 615.91 |

1:25 PM
02/15/11

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| | Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|---|
| | 221 | 01/31/2011 | Scott Wiest | | -877.53 |
| | | | | -877.53 | 877.53 |
| TOTAL | | | | -877.53 | 877.53 |
| | 222 | 01/31/2011 | Donald Williams | | -92.49 |
| | | | | -92.49 | 92.49 |
| TOTAL | | | | -92.49 | 92.49 |
| | 222 | 01/31/2011 | Brandon Burchell | | -422.67 |
| | | | | -422.67 | 422.67 |
| TOTAL | | | | -422.67 | 422.67 |
| | 223 | 01/31/2011 | Scott Reilly | | -1,248.91 |
| | | | | -1,248.91 | 1,248.91 |
| TOTAL | | | | -1,248.91 | 1,248.91 |
| | 224 | 01/31/2011 | Scott Reilly | | -212.53 |
| | | | | -212.53 | 212.53 |
| TOTAL | | | | -212.53 | 212.53 |
| | 225 | 01/31/2011 | Stuart Abrams | | -1,125.75 |
| | | | | -1,125.75 | 1,125.75 |
| TOTAL | | | | -1,125.75 | 1,125.75 |
| | 226 | 01/31/2011 | Robert Furman | | -254.35 |
| | | | | -254.35 | 254.35 |
| TOTAL | | | | -254.35 | 254.35 |
| | 1000 | 01/31/2011 | Ben Burris | | -1,514.33 |
| | | | | -1,514.33 | 1,514.33 |
| TOTAL | | | | -1,514.33 | 1,514.33 |
| | 1001 | 01/31/2011 | Robin Davidson | | -2,084.34 |
| | | | | -2,084.34 | 2,084.34 |
| TOTAL | | | | -2,084.34 | 2,084.34 |
| | 1002 | 01/31/2011 | James Dowd | | -92.49 |
| | | | | -92.49 | 92.49 |
| TOTAL | | | | -92.49 | 92.49 |
| | 1003 | 01/31/2011 | Francis Foy | | -694.26 |

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| | Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|---|
| | | | | -694.26 | 694.26 |
| TOTAL | | | | -694.26 | 694.26 |
| | 1004 | 01/31/2011 | William Knapp | | -93.11 |
| | | | | -93.11 | 93.11 |
| TOTAL | | | | -93.11 | 93.11 |
| | 1005 | 01/31/2011 | Catherine Marinucci | | -233.63 |
| | | | | -233.63 | 233.63 |
| TOTAL | | | | -233.63 | 233.63 |
| | 1006 | 01/31/2011 | James Rabic | | -230.91 |
| | | | | -230.91 | 230.91 |
| TOTAL | | | | -230.91 | 230.91 |
| | 1007 | 01/31/2011 | James Southard | | -93.29 |
| | | | | -93.29 | 93.29 |
| TOTAL | | | | -93.29 | 93.29 |
| | 1008 | 01/31/2011 | Mark Thompson | | -229.45 |
| | | | | -229.45 | 229.45 |
| TOTAL | | | | -229.45 | 229.45 |
| | 1009 | 01/31/2011 | John Pavlich | | -90.61 |
| | | | | -90.61 | 90.61 |
| TOTAL | | | | -90.61 | 90.61 |
| | 1011 | 01/31/2011 | Scott Wiest | | -131.54 |
| | | | | -131.54 | 131.54 |
| TOTAL | | | | -131.54 | 131.54 |
| | 1013 | 01/31/2011 | Brandon Burchell | | -92.48 |
| | | | | -92.48 | 92.48 |
| TOTAL | | | | -92.48 | 92.48 |
| | 1014 | 01/31/2011 | Scott Reilly | | -882.98 |
| | | | | -882.98 | 882.98 |
| TOTAL | | | | -882.98 | 882.98 |
| | 1016 | 01/31/2011 | Stuart Abrams | | -415.15 |
| | | | | -415.15 | 415.15 |
| TOTAL | | | | -415.15 | 415.15 |

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|
| 1017 | 01/31/2011 | Susan Palermo | | -138.42 |
| | | | -138.42 | 138.42 |
| TOTAL | | | -138.42 | 138.42 |
| 1020 | 01/31/2011 | Nicholas Wargo | | -93.55 |
| | | | -93.55 | 93.55 |
| TOTAL | | | -93.55 | 93.55 |
| 1020 | 01/31/2011 | Monica Smith | | -92.48 |
| | | | -92.48 | 92.48 |
| TOTAL | | | -92.48 | 92.48 |
| 3373 | 01/03/2011 | Nicholas Wargo | | -615.54 |
| | | | -615.54 | 615.54 |
| TOTAL | | | -615.54 | 615.54 |
| 3374 | 01/03/2011 | Renamarie Villano | | -300.00 |
| | | | -300.00 | 300.00 |
| TOTAL | | | -300.00 | 300.00 |
| 3375 | 01/03/2011 | Pat Garett | | -750.00 |
| | | | -750.00 | 750.00 |
| TOTAL | | | -750.00 | 750.00 |
| 3376 | 01/03/2011 | RCS Software | | -351.00 |
| | | | -351.00 | 351.00 |
| TOTAL | | | -351.00 | 351.00 |
| 3377 | 01/03/2011 | Atlantic City Electric | | -151.05 |
| | | | -151.05 | 151.05 |
| TOTAL | | | -151.05 | 151.05 |
| 3378 | 01/03/2011 | Atlantic City Electric | | -3,100.00 |
| | | | -3,100.00 | 3,100.00 |
| TOTAL | | | -3,100.00 | 3,100.00 |
| 3379 | 01/03/2011 | Paul Homer | | -215.62 |
| | | | -215.62 | 215.62 |
| TOTAL | | | -215.62 | 215.62 |

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| | Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|---|
| | 3380 | 01/03/2011 | Patrick Waters | | -750.00 |
| | | | | -750.00 | 750.00 |
| TOTAL | | | | -750.00 | 750.00 |
| | 3381 | 01/03/2011 | Austin Keys | | -400.00 |
| | | | | -400.00 | 400.00 |
| TOTAL | | | | -400.00 | 400.00 |
| | 3382 | 01/03/2011 | Seymour Kravitz | | -5,400.00 |
| | | | | -5,400.00 | 5,400.00 |
| TOTAL | | | | -5,400.00 | 5,400.00 |
| | 3383 | 01/03/2011 | Seymour Kravitz | | -572.00 |
| | | | | -572.00 | 572.00 |
| TOTAL | | | | -572.00 | 572.00 |
| | 3384 | 01/03/2011 | SMR Leasing | | -1,119.40 |
| | | | | -1,119.40 | 1,119.40 |
| TOTAL | | | | -1,119.40 | 1,119.40 |
| | 3386 | 01/03/2011 | Apple Communications | | -1,000.00 |
| | | | | -1,000.00 | 1,000.00 |
| TOTAL | | | | -1,000.00 | 1,000.00 |
| | 3388 | 01/03/2011 | John Caracciolo | | -125.00 |
| | | | | -125.00 | 125.00 |
| TOTAL | | | | -125.00 | 125.00 |
| | 3389 | 01/03/2011 | Broadcast Technologies | | -3,431.25 |
| | | | | -3,431.25 | 3,431.25 |
| TOTAL | | | | -3,431.25 | 3,431.25 |
| | 3392 | 01/13/2011 | Direct Bill Services | | -3,854.26 |
| | | | | -3,854.26 | 3,854.26 |
| TOTAL | | | | -3,854.26 | 3,854.26 |
| | 3393 | 01/13/2011 | Net Carrier | | -1,717.57 |
| | | | | -1,717.57 | 1,717.57 |
| TOTAL | | | | -1,717.57 | 1,717.57 |
| | 3394 | 01/13/2011 | Marketron | | -612.32 |

**Atlantis Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| | Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|---|
| | | | | -612.32 | 612.32 |
| TOTAL | | | | -612.32 | 612.32 |
| | 3395 | 01/13/2011 | Comcast | | -79.34 |
| | | | | -79.34 | 79.34 |
| TOTAL | | | | -79.34 | 79.34 |
| | 3396 | 01/13/2011 | Dan Poorman | | -750.00 |
| | | | | -750.00 | 750.00 |
| TOTAL | | | | -750.00 | 750.00 |
| | ~~3397~~ 3398 | 01/13/2011 | Sure Storage | | -89.00 |
| | | | | -89.00 | 89.00 |
| TOTAL | | | | -89.00 | 89.00 |
| | 3398 | 01/13/2011 | Susan Palermo | | -144.44 |
| | | | | -144.44 | 144.44 |
| TOTAL | | | | -144.44 | 144.44 |
| | 3431 | 01/03/2011 | Surfer Network | | -400.00 |
| | | | | -400.00 | 400.00 |
| TOTAL | | | | -400.00 | 400.00 |
| | 3432 | 01/03/2011 | KB Company | | -500.00 |
| | | | | -500.00 | 500.00 |
| TOTAL | | | | -500.00 | 500.00 |
| | 3433 | 01/03/2011 | Verizon | | -49.89 |
| | | | | -49.89 | 49.89 |
| TOTAL | | | | -49.89 | 49.89 |
| | 3489 | 01/17/2011 | O'Donnell's Landscape Maintenance | | -547.57 |
| | | | | -547.57 | 547.57 |
| TOTAL | | | | -547.57 | 547.57 |
| | 3490 | 01/17/2011 | John Caracciolo | | -1,032.79 |
| | | | | -43.79 | 43.79 |
| | | | | -684.90 | 684.90 |
| | | | | -209.10 | 209.10 |
| | | | | -95.00 | 95.00 |
| TOTAL | | | | -1,032.79 | 1,032.79 |
| | 3491 | 01/17/2011 | FCC Commission | | -675.00 |

**Atlantic Broadcasting Debtor in Possession**
**Check Detail**
**January 2011**

| Num | Date | Name | Paid Amount | Original Amount |
|---|---|---|---|---|
| | | | -675.00 | 675.00 |
| TOTAL | | | -675.00 | 675.00 |
| 3493 | 01/17/2011 | Victor Canales | | -300.00 |
| | | | -300.00 | 300.00 |
| TOTAL | | | -300.00 | 300.00 |
| 3494 | 01/13/2011 | John Caracciolo | | -268.64 |
| | | | -268.64 | 268.64 |
| TOTAL | | | -268.64 | 268.64 |
| 3495 | 01/13/2011 | Victor Canales | | -750.00 |
| | | | -750.00 | 750.00 |
| TOTAL | | | -750.00 | 750.00 |
| 3496 | 01/13/2011 | Fletcher, et al | | -206.26 |
| | | | -206.26 | 206.26 |
| TOTAL | | | -206.26 | 206.26 |
| 3497 | 01/13/2011 | BMI | | -5,170.75 |
| | | | -5,170.75 | 5,170.75 |
| TOTAL | | | -5,170.75 | 5,170.75 |
| 3499 | 01/13/2011 | Digital Radio | | -750.00 |
| | | | -750.00 | 750.00 |
| TOTAL | | | -750.00 | 750.00 |

In re___Atlantic Broadcasting of Linwood NJ LLC
Debtor

Case No.____________________10-49149
Reporting Period.:______ 1/1/11-1/31/11

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | (See attached) | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

0 PM
15/11
:rual Basis

# Atlantic Broadcasting Debtor in Possession
## Profit & Loss
### January 2011

| | | Jan 11 |
|---|---|---|
| **Income** | | |
| Advantage Program Revenue | | 1,593.80 |
| Barter Revenue | | 25,712.00 |
| Billboard Rental | | 7,651.35 |
| Local Agency | | 37,724.28 |
| Local Direct | | 92,705.99 |
| Miscellaneous Income | | 351.36 |
| National Revenue | | 25,626.00 |
| Rental Income - Access 1 | | 5,757.50 |
| Talent Fees Billed | | 2,700.00 |
| Tower Rental Income | | 5,797.73 |
| **Total Income** | | 205,620.01 |
| **Cost of Goods Sold** | | |
| Agency Discounts | | 9,322.56 |
| **Total COGS** | | 9,322.56 |
| **Gross Profit** | | 196,297.45 |
| **Expense** | | |
| Barter Expense | | 25,712.00 |
| Interest Expense | | 35,700.00 |
| Total Chapter 11 Expenses | | |
| Holiday Bonus | 8,350.00 | |
| Payment to Bank | 12,500.00 | |
| Utilities Deposit | 3,100.00 | |
| Total Total Chapter 11 Expenses | | 23,950.00 |
| Total G&A Expenses | | |
| Building Maintenance | 800.00 | |
| Credit Card Fees | 621.98 | |
| FCC Fees | 770.00 | |
| Health Insurance | -629.22 | |
| Insurance | 5,583.51 | |
| Landscaping | 547.57 | |
| Legal (FCC Counsel) | 206.26 | |
| Legal Fees | 31,666.67 | |
| Main Phone Service | 1,717.57 | |
| Marketron | 612.32 | |
| Miscellaneous | 1,547.92 | |
| Office Supplies | 518.74 | |
| Payroll Processing | 784.65 | |
| Payroll Taxes | 8,006.55 | |
| Property Tax | 2,754.44 | |
| Salaries | 27,283.33 | |
| Travel - G&A | 1,415.70 | |
| Utilities | 151.05 | |
| Verizon Lines | 49.89 | |
| Total Total G&A Expenses | | 84,408.93 |
| Total Programming Expenses | | |
| BMI | 5,170.75 | |
| Miscellaneous - programming | 879.34 | |
| Programmer | 1,000.00 | |
| RCS Selector | 351.00 | |
| Salaries - Programming | 21,937.04 | |
| Surfer Network | 400.00 | |
| Voice Talent | 2,200.00 | |
| WOND Commissions | 16,436.20 | |
| Total Total Programming Expenses | | 48,374.33 |

0 PM
15/11
:rual Basis

## Atlantic Broadcasting Debtor in Possession

# Profit & Loss

### January 2011

| | Jan 11 |
|---|---|
| **Total Sales Expenses** | |
| **Sales Commissions** | 14,729.96 |
| **Sales Guarantees** | 8,008.34 |
| **Sales Manager** | 5,200.00 |
| **Sales Manager Override** | 5,500.00 |
| **Total Total Sales Expenses** | 33,438.30 |
| **Total Technical Expenses** | |
| **Broadcast Technology** | 4,181.25 |
| **Misc Parts** | 1,209.10 |
| **Tower Electric** | 1,119.40 |
| **Total Total Technical Expenses** | 6,509.75 |
| **Total Expense** | 258,093.31 |
| **Net Income** | **-61,795.86** |

In re Atlantic Broadcasting of Linwood NJ LLC
Debtor

Case No. 10-49149
Reporting Period: 1/1/11-1/31/11

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | SEE ATTACHED | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | | $ |
| | | |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| | | |
| *TOTAL LIABILITIES* | $ | $ |
| ***OWNER EQUITY*** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

1 PM
15/11
:rual Basis

# Atlantic Broadcasting Debtor in Possession
## Balance Sheet
### As of January 31, 2011

| | Jan 31, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Sun Trust** | 135,032.95 |
| **TD Bank** | 1,624.18 |
| **Total Checking/Savings** | 136,657.13 |
| **Other Current Assets** | |
| **Accounts Receivable** | 624,651.97 |
| **Accounts Receivable - Other** | -0.01 |
| **Allowance for Doubtful Accounts** | -189,812.66 |
| **Deposit - Utilities** | 17,610.00 |
| **Membership Unit Receivable** | 3,000.00 |
| **Petty Cash** | 725.00 |
| **Prepaid Insurance** | 47,459.86 |
| **Prepaid Legal Expenses** | 31,666.66 |
| **Prepaid Real Estate Taxes** | 8,263.32 |
| **Tower Rental Deposit** | 4,800.00 |
| **Total Other Current Assets** | 548,364.14 |
| **Total Current Assets** | 685,021.27 |
| **Fixed Assets** | |
| **Net Fixed Assets** | 10,012,573.37 |
| **Total Fixed Assets** | 10,012,573.37 |
| **TOTAL ASSETS** | **10,697,594.64** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **401k Withheld** | 875.99 |
| **Accounts payable - Other** | 350.00 |
| **Accounts Payable - Pre Petition** | 1,229,086.93 |
| **Accrued commission** | 69,594.89 |
| **Accrued Interest - Sun Loan** | 178,500.00 |
| **Accrued National Rep** | 18,143.31 |
| **Accrued state filing fee** | 1,200.00 |
| **DIP Loan - Sun Bank** | 135,843.00 |
| **Due to Access 1** | 21,056.35 |
| **Insurance payable** | 35,692.85 |
| **Payroll withholdings** | 75.43 |
| **Pension Plan Contibutions payab** | 787.86 |
| **Security Deposit ABL** | 5,000.00 |
| **Total Other Current Liabilities** | 1,696,206.61 |
| **Total Current Liabilities** | 1,696,206.61 |
| **Long Term Liabilities** | |
| **Current Portion of LT Liability** | 177,029.00 |
| **Sun Trust Loan** | 6,000,211.79 |
| **Total Long Term Liabilities** | 6,177,240.79 |
| **Total Liabilities** | 7,873,447.40 |
| **Equity** | |
| **Equity Investment** | 5,951,259.90 |
| **Retained Earnings** | -3,065,316.80 |
| **Net Income** | -61,795.86 |
| **Total Equity** | 2,824,147.24 |
| **TOTAL LIABILITIES & EQUITY** | **10,697,594.64** |

In re_Atlantic Broadcasting of Linwood NJ LLC
Debtor

Case No. _____10-49149
Reporting Period 1/1/11-1/31/11

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | **SEE ATTACHED** | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

None

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Atlantic Broadcasting of Linwood NJ LLC
10-49149

Period Begin: 12/28/2010
Period End: 1/10/2011
Check Date: 1/14/2011

## Payroll Register Summary

| | LIABILITIES EMPLOYEES | EMPLOYER |
|---|---|---|
| FWT | 3150.36 | |
| SS | 1322.79 | 1952.67 |
| MEDC | 456.70 | 456.69 |
| FUTA | | 251.95 |
| SWT | 775.65 | |
| SUI | 134.04 | 1040.62 |
| SDI | 157.68 | 157.68 |
| OWT | 27.73 | |
| Total Taxes | 6024.95 | 3859.61 |
| Deductions | 467.80 | |
| Total Net Pays | 25056.72 | |
| Gross | 31533.79 | |
| Total Liabilities | | 35409.08 |

**DISBURSEMENTS**

| | |
|---|---|
| Debit to Advantage Payroll Services: | |
| Direct Deposit | 11066.97 |
| Tax Debit | 9884.56 |
| Fees | 144.52 |
| Total Debit | 21096.05 |
| EE Net Checks | 13989.75 |
| Subtract from bank account 031206420 4751138191 SUN NATIONAL BANK | 35085.80 |
| Total Pays | 27 |

1/12/2011 at 10:31

CUR-REG

| | | |
|---|---|---|
| MEDC | 24.17 | 29.97 |
| SUI | 7.08 | 8.78 |
| SDI | 8.33 | 10.33 |
| OTH | .76 | 1.24 |

Gross: 1666.66 2066.66 Check No: 195 Check Amount: 1451.73

Prepared on: 1/12/2011 at 10:31

CUR-REG

**ATLANTIC BROADCASTING OF LINWOOD NEW JERSEY LLC.**
**94-8654**

10-49149

**Period Begin: 1/11/2011**
**Period End: 1/25/2011**
**Check Date: 1/31/2011**

## Payroll Register Summary

| LIABILITIES | EMPLOYEES | EMPLOYER |
|---|---|---|
| FWT | 2532.14 | |
| SS | 1438.78 | 2123.91 |
| MEDC | 496.73 | 496.72 |
| FUTA | | 224.55 |
| SWT | 627.81 | |
| SUI | 145.56 | 1130.47 |
| SDI | 171.28 | 171.29 |
| OWT | 8.97 | |
| Total Taxes | 5421.27 | 4146.94 |
| Deductions | 268.95 | |
| Total Net Pays | 28566.45 | |
| Gross | 34256.67 | |
| Total Liabilities | | 38403.61 |

| DISBURSEMENTS | | |
|---|---|---|
| Debit to Advantage Payroll Services: | | |
| Direct Deposit | | 11048.81 |
| Tax Debit | | 9568.21 |
| Fees | | 391.28 |
| | Total Debit | 21008.30 |
| EE Net Checks | | 17517.64 |
| Subtract from bank account | | 38525.94 |
| 031206420 4751138191 SUN NATIONAL BANK | | |
| | Total Pays | 41 |

Prepared on: 1/26/2011 at 14:42

CUR-REG

In re__Atlantic Broadcasting of Linwood NJ LLC
Debtor

Case No. ______ 10-49149
Reporting Perioc 1/1/11-1/31/11

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 607680 |
| + Amounts billed during the period | 151028 |
| - Amounts collected during the period | -134056 |
| Total Accounts Receivable at the end of the reporting period | 624652 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 137723 |
| 31 - 60 days old | 124901 |
| 61 - 90 days old | 75188 |
| 91+ days old | 286540 |
| Total Accounts Receivable | 624352 |
| Amount considered uncollectible (Bad Debt) | -189813 |
| Accounts Receivable (Net) | 434539 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | X |